1  Scott Meide

2  4446 Hendricks Ave. Suite 327

3  Jacksonville, FL.   32207

4  904.  888.  6454

FILED
CLERK, U.S. DISTRICT COURT
AUG 16 2019
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

*Fee Paid*

## IN  THE  UNITED STATES  DISTRICT  COURT
## CENTRAL  DISTRICT  OF  CALIFORNIA

7  Scott Meide

8  David Hegland

9  Dawn Hegland

10  Merlyn Hegland

11  Nathan Hill

12  Kyle A. Janes

13

14                     Plaintiffs

15  v.

16  Noah Centineo

17  Greg Centineo

18  Anthony L.G., PLLC f/k/a Legal & Compliance, LLC

19  Addison Textor

20  Agnes King

21  Alpine Pictures, Inc.

22  Aviron Capital, LLC

23  Aviron Pictures, LLC

24  Bonnie Radford

25  Brad Jashinsky

26  Brandon Kramer

27  Charlie C. Walters

28

Civ  Complaint  No.

**CV19-07171-CAS(KSx)**

**COMPLAINT**

**F. R. Civ. P.  38(b)**

**Jury  Trial  Demand**

RECEIVED
CLERK, U.S. DISTRICT COURT
AUG 15 2019
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

PLEADING TITLE - 1

1  Chris McGarahan

2  Christie Hsiao

3  Claire Heath

4  Clarius Capital Group, LLC

5  Clarius Entertainment, LLC

6  Clarius Releasing, LLC

7  CW3PR, LLC

8  Dana Tejeda

9  David Sugarman

10 Deborah Textor

11 Frank Patterson

12 Greg Kramer

13 Hyde Park Entertainment, Inc.

14 John "Jack" Honour

15 James E. Roberts

16 Jeff Urdank

17 John A. King

18 John M. Gatti, Esq.

19 John Textor

20 Joy Kramer

21 Judi Becker

22 Julie C. Natale

23 Kellee Andes Centineo

24 Kevin Trudeau

25 Laura Anthony, Esq.

26 Louis N. Hamel, CPA

27 Marc J. Lane, Esq.

28
PLEADING TITLE - 2

1  Michael E. Wilford, CPA

2  Michael K. Douglas

3  Natalie J. King

4  Neil L. Kaufman

5  Nick Centineo

6  O'Melveny Law Firm

7  Peter Velardi

8  Rene A. Torres

9  Rich Carroll

10  Robert Centineo

11  Robert Laimo

12  Roland Carroll

13  Ryan Carroll

14  Sheldon Rabinowitz

15  StereoVision Entertainment, Inc.

16  Steve Tejeda

17  Summertime Entertainment

18  Svetlana Carroll

19  Tara K. Glaser

20  The Velardi Group, LLC

21  Wayne Kramer

22  William Sadleir

23  and others unknown to the Plaintiffs at this time,

24                       Defendants.

25  **STATEMENT OF THE CASE**

26         This case concerns an ongoing series of frauds that were used to launch the

27  movie career of Noah Centineo and to bilk over 1,800 investors in excess of 122

28

PLEADING TITLE - 3

million dollars that was apparently, to a large extent, divided among the fraudsters.

The investors lost everything and maintain the two lead Defendants apparently used their share of the loot to launch Defendant Noah Centineo's acting career.

Noah Centineo simply cannot act.  "34th Street" penned an article titled " 'The Perfect Day' Reveals Noah Centineo's Bad Acting".  See article titled: http://www.34th.st.com.article/2019/04/noah-centineo-the-perfect-date-to-all-the-boys-ive-loved-before-romantic-comedy-disappointing-acting

Defendant Noah Centineo's father, Defendant Greg Centineo, apparently put a large hand into the investors' "cookie-jar' in order to "jump-start" his son's career.

In 2019, Defendant Noah and Greg Centineo did interviews crediting Noah's success with landing a role in a movie called "Gold Retrievers", based on Defendants Greg and Noah's "strategizing" Noah's career and "lots of hard work."

Translated, "strategizing" apparently meant how to bilk investors and "lots of hard work" quite possibly meant bribing the people necessary to boost Defendant Noah Centineo's career.

The other Defendants appear to have contented themselves with merely fleecing investors and with lining their own pockets with their ill-gotten gains, as the FACTS section of this Complaint will clearly spell-out.

## JURISDICTION

Jurisdiction of this Court is invoked pursuant to

15 U.S.C. §§ 77 and 78,

28 U.S.C. § 1658(b),

a fraud claim under §10(b) of the Securities Exchange Act of 1934,

28 U.S.C. § 1331, the general federal question statute,

28 U.S.C. §§ 2201 and 2202, for declaratory and injunctive relief, and

28 U.S.C. § 1367(a), the supplemental jurisdiction statute

## PARTIES

### Plaintiffs

Scott Meide, 4446 Hendricks Ave. Suite 327, Jacksonville, Florida   32207.

David Hegland, 2865 312th St., Ellsworth, Iowa   50075.

Dawn Hegland, 2865 312th St., Ellsworth, Iowa   50075.

Merlyn Hegland, 3589 Tollman Ave., Ellsworth, Iowa   50075.

Nathan Hill, 3260 Vail Ave., Ellsworth, Iowa   50075.

Kyle A. Janes, 14987 120th St., Alden, Iowa   50075.

### Defendants

Noah Centineo, 13668 Bayliss Rd, Los Angeles, CA   90049 and 227 Ruth Avenue, Venice, CA 90291

Greg Centineo, 111 SE 2nd Street #203, Delray Beach, FL 33444 and 13668 Bayliss Rd, Los Angeles, CA   90049 and 8872 Maple Hill Ct., Boynton Beach FL 33463-4855

Anthony L.G., PLLC f/k/a LEGAL & COMPLIANCE, 625 N. Flagler Drive, Ste. 600, West Palm Beach, FL 33401

Addison Textor, 153 Gomez Rd., Hobe Sound, FL.   33455

Agnes King, 213 North Bridge Creek Dr., Saint Johns FL.   32259-8883

Alpine Pictures, Inc.  Current address unknown

Aviron Capital, Registered Agent is C T Corporation Systems, 818 W. 7th St. Ste. 930, Los Angeles, CA  90017

Bonnie Radford—Legal representative is Nancy Newhouse-Porter, at nnewhouse@nphlaw.com and (213) 406. 2935 and 333 South Hope St., 40th Floor, Los Angeles CA   90071.  Email is bonnieradford@mac.com.

Brad Jashinsky, current address unknown

Brandon Kramer, Secure Space Storage, 6202 Gheens Mill Rd.,

Jeffersonville, IN   47130 and 1490 S. Blue River Rd., Salem, IN 47167

Charlie C. Walters, 8570 Rugby Dr., W. Hollywood, CA.   90069

Chris McGarahan, current address unknown

Christie Hsiao, current address unknown

Claire Heath, 9100 Wilshire Blvd., Suite 800E, Beverly Hills, CA.   90212

Clarius Capital Group, LLC, current address unknown

Clarius Entertainment, LLC, current address unknown

Clarius Releasing, LLC, current address unknown

CW3PR, whose registered agent is Charlie C. Walters, 8570 Rugby Dr., W. Hollywood, CA.   90069

Dana Tejeda, 245 NE 14th St., #3808, Miami FL.   33132-1641

David Sugarman, current address unknown

Deborah Textor, 153 Gomez Rd., Hobe Sound, FL.   33455

Frank Patterson, Pinewood Atlanta Studios, 461 Sandy Creek Rd., Fayetteville GA.   30214

Greg Kramer, 1884 S. Blue River Rd., Salem, IN   47167

Hyde Park Entertainment, Karen Finch (Agent for service of process), 16633 Venture Blvd., Ste. 1450, Encino CA.   91436

John "Jack" Honour, current address unknown

James E. Roberts, St James Boatworks, Inc., 431 NE 28th St., Pompano Beach FL.   33064

Jeff Urdank, current address unknown

John A. King, 213 North Bridge Creek Dr., Saint Johns FL.   32259-8883

John M. Gatti, Esq., 11355 W. Olympic Blvd., Los Angeles CA.   90064

John Textor, 153 Gomez Rd., Hobe Sound, FL.   33455-2430

Joy Kramer, 1884 S. Blue River Rd., Salem, IN   47167

Judi Becker, 9100 Wilshire Blvd., Suite 800E, Beverly Hills, CA.   90212

PLEADING TITLE - 6

Julie C. Natale, 8872 Maple Hill Ct., Boynton Beach FL.   33473-4855

Kellee Andes Centineo, 7100 NE 8th Dr., Boca Raton, FL 33487

Kevin Trudeau, # 18046-036, F.P.C. Montgomery Maxwell Air Force Base, Montgomery AL.   36112

Laura Anthony, Esq. 625 N. Flagler Drive, Ste. 600, West Palm Beach, FL 33401 and 9 Bella Vista Ave #6H, Lake Worth FL.   33460

Louis N. Hamel, CPA, 13949 Venture Blvd., #215, Sherman Oaks CA 91423

Marc J. Lane, Esq., 70 W. Madison St, #2050, Chicago IL.   60602-4256

Michael E. Wilford, CPA, 13949 Venture Blvd., #215, Sherman Oaks CA 91423.

Michael K. Douglas, current address unknown

Natalie J. King. c/o Side Real Estate, 466 Brannan St., San Francisco, CA.   94107

Neil L. Kaufman, current address unknown

Nick Centineo, current address unknown

O'Melveny Law Firm, 400 South Hope Street, 18th Floor, Los Angeles, CA 90071

Peter Velardi, 10850 Bell Rd., Johns Creek, GA.   30097

Rene A. Torres, Webstyle Inc. 742 S. Hill St. #600, Los Angeles, CA  90014

Rich Carroll, current address unknown

Robert Centineo, current address unknown

Robert Laimo, current address unknown

Roland Carroll, 12542 San Bruno Cv., San Diego, CA. 92130 and 619 Marie Ave., Los Angeles,  CA 90042

Ryan Carroll, 12542 San Bruno CV #101, San Diego, CA 92130 and 2200 NE 33rd Ave., Ft. Lauderdale, FL 33305

PLEADING TITLE - 7

Sheldon Rabinowitz, current address unknown

Stereo Vision Entertainment, current address unknown

Steve Tejeda, 245 NE 14th St., #3808, Miami FL.   33132-1641

Summertime Entertainment, current address unknown

Svetlana Carroll, c/o One Sotheby's International Realty, 401 East Las Olas Boulevard, Fort Lauderdale, Florida, 33301

Tara K. Glaser, current address unknown

The Velardi Group, LLC, registered agent is BCS Corporate Services, Inc., 1001 Cambridge Square, Suite D, Alpharetta GA.   30009

Wayne Kramer, c/o W7 Global, 1017 Industrial Blvd, Louisville KY. 40219 and 1472 S Blue River Rd., Salem, IN  47167

William Sadlier, 9100 Wilshire Blvd., Suite 800E, Beverly Hills, CA. 90212 and 9135 Hazen Drive, Beverly Hills, CA  90210

## STATEMENT OF FACTS

*Narrated by Scott Meide unless otherwise stated*

### The Ryan and Roland Carroll Production Team

1. Ryan and Roland Carroll are brothers who produced direct to DVD movies. According to IMDB (International Movie Database) Ryan Carroll had 12 Producer Credits from 1989 to 2013, the final one being Legends of Oz: Dorothy's Return.  Roland Carroll has 14 Producer Credits from 1986 to 2013, the last and final one being Legends of Oz: Dorothy's Return.   The Carroll

brothers also work regularly with two other Producers.  Neil L. Kaufman[1] has

6 Producer Credits for 1997 to 2013 with the final credit being Legends of Oz:

Dorothy's Return and Rene Torres has 10 Producer credits between 1988 to

2013 with the last one being Legends of Oz: Dorothy's Return.  These four

are herein referred to as the core "Carroll Production team".

2. In his own words, Ryan Carroll, CEO of Alpine Pictures contacted Roger S.

Baum, the grandson of the original author of the Wizard of Oz in 2004 to

inquire about securing the rights to make Oz animated film(s) from Baum's

many books.  The original story, Frank Baum's 1900 children's book The

Wonderful Wizard of Oz is now in the public domain, whereby anyone can

write sequels, and there are now numerous books, films, television shows,

musicals, concerts and video games which have been produced and continue

to be produced.

3. Ryan Carroll purchased the rights for 10 of Frank Baum's books.  The latest

unaudited statement that was given to me (Scott Meide) as of July 31, 2014,

---

[1] Address unknown but may be able to serve him via his LinkedIn page.

PLEADING TITLE - 9

$1,312,366.78 was paid for licensing.  Originally the film was to be like most Carroll productions being released direct to DVD[2].

4. In the original offering document for Dorothy of Oz (The original title and offering) was for 24 million dollars, including commissions for capital and producer's profits of 20%.  24 million dollars was all that was required to produce the Oz film and release on DVD.  However, 122 million was raised by questionable means and as of the date of this complaint, shareholders have yet to receive audited statements.

5. Ryan Carroll was introduced to a South Florida Church Pastor turned self-proclaimed (unlicensed) capitalist fund-raiser named, Gregory V. Centineo.  According to TAEM Magazine, "*Ryan Carroll introduced himself to me in 2007*" said Gregory Centineo.  Around this time Gregory Centineo and his money raising team began raising money for the Carroll Production team to do the Wizard of Oz Animation project.  Greg Centineo on various websites and interviews takes credit for raising 122 million dollars for the film.

## The Gregory Centineo Money Raising Team

---

[2] This is according to notes by Jeff Meide taken on February 14, 2012 during a call with investors hosted by Greg Centineo, Executive Producer, Ryan Carroll, CEO of Alpine Pictures and Dana Tejeda, a member of the Greg Centineo money raising team.

PLEADING TITLE - 10

6. The Carroll brothers initially used their boiler room operation staffed with unlicensed securities salespeople who cold-called potential high net worth investors around the USA to raise money for their film projects. Gregory Centineo and Ryan Carroll, then undertook to transform the Carroll's boiler room film fraud enterprise into a 122-million-dollar big budget enterprise whereby the Carroll Production Team and the Gregory Centineo money raising team took shafting investors to new heights and in doing so put tens of millions of dollars of additional money straight into their pockets. It appears the two teams combined to take as much as much as 60-70% of the money raised including funneling it into other projects.

7. Gregory Centineo[3], in his own words, taken from his current website, www.gregcentineo.com states "*In particular, he is an authority on private equity, and has raised over 125 million dollars in the private sector during some of the worst years of national economic struggle 2008-2015.*" Another Podcast credits Gregory Centineo with raising 122 million for the Oz project alone. According to the July 7, 2014 financials, $112,201,534.40 was raised. Regardless of the source, gregcentineo.com, interviews and press,

_____

[3] Greg Centineo, 8872 Maple Hill Court, Boynton Beach, FL 33473

PLEADING TITLE - 11

Gregory Centineo takes full credit for raising the capital for the film

Legends of Oz: Dorothy's Return.  The Greg Centineo team alone received

20% of all money raised or approximately 22 million dollars.  This does not

include the opulent travel and other expenses some of which was more

related to building Noah Centineo's acting career and side projects than

producing the Oz film.

8.  Gregory Centineo is the leader of a Florida-based money raising team which

also has other associates across the United States and Canada.  All investors

in Emerald City of Oz, LLC, the entity we invested in, had to go through

Gregory Centineo through various members of his money raising team as

did others.  Investors in Dorothy of Oz, LLC likewise had to go through

Greg Centineo.

9.  Investors had to go through Gregory Centineo establishing him as the gate

keeper, and affording him the ability to forge relationships with any

potential investors.  This list gave Gregory Centineo access to investors to

continually fleece multiple times in Legends of Oz as well as several other

of his deals.

10. The Gregory Centineo money raising team included his long-term partner, Julie Cusa Natale[4],[5], and at one time included Dana Newmark Tejeda[6],[7]. Chief among Gregory Centineo's money raisers include John Anthony King[8], his wife Agnes "Aggie" King[9], Robert Liamo, Brad Jashinsky, James E. Roberts and Peter Velardi[10] http://www.velardigroup.com/about-2/about-me/ . John Anthony King, age 58, is listed in the Federal Prisoner database as being a felon and being released on July 27, 1984. Ryan Carroll's wife also solicited me on the Legends of Oz: Dorothy's Return when I met her in Boca Raton. She told me that the film was "a good investment and I should invest more". Just like Greg Centineo's wife divorced him right after the film bombed, Svetlana likewise divorced her husband Ryan Carroll right after the film bombed. Both wives profited greatly from the ill-gotten investor money. We believe that wives divorced their husbands after the flop because they wanted to cash out before the funny business was exposed.

---

[4] Julie Cusa Natale, 8872 Maple Hill Court, Boynton Beach, FL 33473
[5] Julie Cusa Natale, states on her LinkedIn page that she was also an Associate Producer for Summertime Entertainment from May 2009 to April 2014.
[6] Dana Tejeda, 245 NE 14th Street, Apt. # 3808, Miami, FL 33132
[7] This is a list of the top ten Securities Violations every company should know
http://www.acc.com/legalresources/publications/topten/ttslcclssu.cfm
[8] John king, 213 Bridge Creek Dr., St. Johns, FL 32259
[9] Agnes "Aggie" King, 213, Bridge Creek Dr., St. Johns, FL 32259
[10] Peter Velardi – 10850 Bell Rd., Johns Creek, GA.  30097
PLEADING TITLE - 13

Countless other finders, known and unknown were continually added with no securities background and were richly compensated. Svetlana was involved in the Legends of Oz: Dorothy's Return conspiracy on many levels. For example, Svetlana Carroll was manager of distribution for Ryan Carroll's Alpine Picture's Inc., for over seven years from January 2007 until January 2014. In January 2014, the copyright and mortgage for Legends of Oz: Dorothy's Return was assigned to Gem Entertainment, Kft and 120dB Lending, LLC. Svetlana Carroll was also manager of distribution for Alpine Pictures, Inc., release of The Gold Retrievers (2009), starring Noah Centineo. The lead distributor for The Gold Retrievers for worldwide and all media was her Alpine Pictures, Inc.

11. The Gregory Centineo money raising team's strategy is to excite potential investors about financial opportunities, as well as working in concert to help close them via conference calls, mailings and other means. The calls are also used to reassure the investors when investments fail to meet the hype, telling them that failed ventures like Legends of Oz is not lost in order to evade culpability by continually misleading the investors and lulling them into inaction.

PLEADING TITLE - 14

12. According to Scott Meide and David Hegland, the Gregory Centineo Money raising team continually attempts to placate the investors, endeavoring to surpass the perceived statute of limitations.

13. In an attempt to raise more money, the Gregory Centineo Money raising team represented to investors as late as 2018 that they will be able to start making money in a decade. They use this to entice investors to give more money to a fund to try and get the investors what was promised to them in the first place as well as to excite them on their latest deals using the Oz investor list.

14. The Carroll production team and the Greg Centineo team has withheld from the investors that they no longer own or have an interest in the film, either directly or indirectly. The Carrolls and Greg Centineo lost the copyright to the film in 2014 but that has not stopped the Greg Centineo money raising team to continue to raise money from the Oz shareholders for Oz Strategies, LLC and a series of deals with their Hallmark omissions, misrepresentations, lack of corporate governance, disclosures and transparencies and, of course, their signature lack of any kind of return to the investors.

15. Gregory Centineo used the Carroll production team and the Oz shareholder money to his own advantage. As a result, Greg Centineo's thirteen-year-old son, Noah Centineo, was given the lead role in the Carroll's next feature

PLEADING TITLE - 15

film, The Gold Retrievers[11] shortly after Greg Centineo signed on as the chief money raiser and that all investments had to go through him. The Gold Retrievers was released in 2009 with a budget of 1 million dollars. The script was custom tailored for a thirteen-year-old boy.

16. The starring film role gave the unknown Noah Centineo a large leg up in a competitive industry where most success is by actors with connections and Hollywood pedigree. At the date of this complaint, Noah Centineo now has at least 30 additional acting credits. In 2019, Greg Centineo and Noah Centineo have done interviews crediting Noah's success with landing the role in the "Gold Retrievers" based on Greg and Noah strategizing his career and lots of hard work. The fact that tens of millions of dollars from the 122 million that Greg Centineo claims he raised ended up directly in the Carroll Brother's pockets is not mentioned in these interviews. Casting calls can bring in thousands of hopefuls vying for the lead in a film even a low budget "B" film. According to Greg Centineo this was not just a "B" movie as it also starred Steve Guttenberg. In addition, there has been more than one observation that Noah Centineo simply cannot act. 34th street penned an

---

[11] https://www.imdb.com/title/tt1311093/

PLEADING TITLE - 16

article titled " *'The Perfect date' Reveals Noah Centineo's Bad Acting*"

https://www.34st.com/article/2019/04/noah-centineo-the-perfect-date-to-all-the-boys-ive-loved-before-romantic-comedy-disappointing-acting

17. Around 2007, the Carroll production team was restricted by State regulators for illegal and unethical practices in raising money. This included but was not limited to numerous cease and desist orders and findings of misrepresentation, fraud and selling securities to unqualified investors.

18. In addition, we are aware that many of the Gregory Centineo and Carroll Production teams, their families and associates received undisclosed salaries and expenses and securities. This complaint seeks a forensic audit where every dollar went including any monies to offshore tax havens.

19. Defendants believe that as much as 70% of the 112 or more million dollars reportedly raised may have went straight into the pockets of the Gregory Centineo money raising team and the Carroll Production team not including salaries and expenses.

20. The Noah Centineo film, the Gold Retrievers also featured the familiar team of four; the Carroll Brothers, Neil L. Kaufman and Rene A. Torres as producers, the very team that regulators had cited for a wide range of violations including misrepresentations, fraud, and omissions as well as

selling to non- accredited investors.  All four were also producers of Legends of Oz: Dorothy's Return.

21. Gregory Centineo would also become an Executive Producer of Legends of Oz: Dorothy's Return and the Carroll production team would assist in the raising of money despite the cease and desist orders against the Carroll's and their associates from a number of jurisdictions.  They represented themselves to potential investors as being compliant by using separate LLCs to raise money.  Their misrepresentations, omissions and fraud continued unabated.

22. They disregarded whether investors were accredited or not, they coached non-accredited investors into investing, often emptying out their retirement accounts.  Many of these non-accredited investors borrowed or lost everything.

23. These producers and money raisers profited immensely and some of the securities violations and other actions against them are listed. These include but are not limited to:

   a.  October 26, 2009, "CEASE AND DESIST" Alabama Securities Commission v. Dorothy of Oz, LLC, Box Office Productions III, LLC (Carroll Brothers) Respondents "Cease and Desist from further offers

*and sales of any security, into, within or from the state of Alabama.*"
This was after cold-calling potential investors in the State of Alabama.

b. November 23, 2009, "DESIST AND REFRAIN" The State of California, Department of Corporations, Enforcement Division, issued the following order to Family Film Fund, LLC (Controlled by the Carroll Brothers through their Alpine Pictures): "*Pursuant to section 25532 of the Corporate Securities Law of 1968, Family Film Fund, LLC and James Jones are hereby ordered to desist and refrain from offering or selling any security in the State of California, including but not limited to interests in a limited liability company, by means of any written or oral communication which includes an untrue statement of material fact or omits to state a material fact necessary in order to make the statements made, in light of the circumstances under which they were made, not misleading.*"

c. May 11, 2010, the State of Washington, Dept. of Financial Institutions, Securities division issued several orders against Dorothy of Oz, LLC, Alpine Pictures and Neil Kaufman with regard to ceasing and desisting illegal activities:

(i) IT IS FURTHER AGREED AND ORDERED that Respondents, Dorothy of Oz, LLC and Neil Kaufman,

their agents and employees each shall cease and desist from violating RCW 21.20.010, the antifraud section of the Securities Act of Washington.

(ii)   IT IS AGREED AND ORDERED that Respondents, Dorothy of Oz, LLC and Neil Kaufman, their agents and employees each shall cease and desist from offering or selling securities in violation of RCW 21.20.140, the securities registration section of the Securities Act of Washington.

(iii)   IT IS FURTHER AGREED AND ORDERED that Respondent, Neil Kaufman, his agents and employees shall cease and desist from acting as an unregistered securities broker-dealer or salesperson violation of RCW 21.20.040, the broker-dealer and securities salesperson registration section of the Securities Act of Washington.

It is important to note that the order came with this caption:

**WILLFUL VIOLATION OF THIS ORDER IS A CRIMINAL OFFENSE**

**d.** April 29, 2011, Lawsuit, The State of California Department of Corporations, ALPINE PICTURES, INC., a California corporation; DOROTHY OF OZ, LLC, dba BOX OFFICE PRODUCTIONS III, LLC, a California limited liability company; RYAN CARROLL, an individual; RENE TORRES, an Individual; and NEIL KAUFMAN, an Individual. There were three claims in the lawsuit

     (i)     COMPLAINT FOR INJUNCTIVE RELIEF; CIVIL PENALTIES; AND ANCILLARY RELIEF

     (ii)    UNQUALIFIED OFFER AND SALE OF SECURITIES

     (iii)   MISREPRESENTATIONS OR OMISSIONS IN THE OFFER AND SALE OF SECURITIES

e. According to MetaFilter in a posting dated May 20, 2014, Cease-and-desist orders have been issued against Alpine by the states of Delaware, Ohio, Indiana, Pennsylvania, Massachusetts, Texas, Alabama, Washington and California, and for alleged violations of SEC rules against general solicitation. Alpine allegedly targeted naive, unaccredited investors with cold calls; painted unrealistic pictures of the film's potential; and collected 40% "consulting fees" on the money raised.  Of particular note, the

Statement of Facts listed other cease and desist orders that the Defendants refused to abide by[12].

24. There was a Final Judgement published on July 7, 2011 of Permanent Injunction, Civil Penalties and Ancillary Relief against Defendants[13].  The Permanent injunction forbade many things, many of which the Defendants continued to do unabated.  For instance, they were forbidden to violate *"Corporation Code section 25401 by offering to sell or selling any securities of any kind by means of any written or oral communication which includes any untrue statement of material fact or omits or fails to state any material fact necessary in order to make the statements made, in the light of the circumstances under which they are made, not misleading"*.  Ryan Carroll and his production team working in conjunction with the Gregory Centineo team committed fraud on approximately 1,800 investors who financed over 120 million dollars.  I have been told there may be as many as 4,000 investors.

25. One shareholder stated to Scott Meide that they were told by John King, a member of the Gregory Centineo team, *not to worry about being non*

---

[12] http://www.dbo.ca.gov/ENF/pdf/a/AlpinePictures_Complaint.pdf
[13] http://www.dbo.ca.gov/ENF/pdf/a/AlpinePictures_Judgment.pdf
PLEADING TITLE - 22

*accredited.* This investor borrowed money, lost everything and was financially destroyed. We believe the shareholder list will potentially produce other investors with similar claims.

26. I have no knowledge of anyone making any money on any investments marketed through the Gregory Centineo money raising team aside from the insiders. Currently all members cited above are active, except Dana Tejeda. The key members of the team, Gregory Centineo, John & Agnes King, Julie Natale, Greg Kramer & Peter Velardi are continually involved in updating and reassuring the Oz shareholders and trying to engage them to take control of the LLCs. Peter Velardi also personally solicited me on several occasions to invest. Only one is a registered broker with FINRA and that is Dana Tajeda. Peter Velardi, who apparently is a financial planner, was a registered broker but ceased to be registered with FINRA. I believe none of the others are registered brokers as defined by the Securities and Exchange Commission. https://www.sec.gov/reportspubs/investor-publications/divisionsmarketregbdguidehtm.html. All of the above names were checked to see if they are current or past members of FINRA[14].

---

[14] FINRA is an independent, non-governmental regulator for all securities firms doing business with the public in the United States. FINRA is authorized by Congress to protect America's investors by making sure the securities industry operates fairly and honestly.

PLEADING TITLE - 23

http://brokercheck.finra.org/  Peter Velardi was once a member (for 26

years) but currently is not registered with them.  Dana Tejeda is registered

with FINRA under PFS Investments Inc., of Duluth, Georgia from 2014 to

present.  It is also known as www.Primerica.com which is a Multi-Level

Marketing company (MLM) that sells insurance and financial products.

There are many postings that it is a scam although it quite a large concern.

Dana Tejeda reported to FINRA that she was discharged from Bankruptcy

on July 28, 2016 and had a 40,000 lien on her property two years before.  Of

note, Dana and her husband Steve have been the subject of scam allegations

on the website www.ripoffreport.com.  Tara and Natalie King are the

daughters of John King and Agnes King.  Both Tara and Natalie King urged

me to invest on more than one occasion.   John King told me that he took

care of his daughters until age thirty.  I was told by John King that he put

much money (his ill-gotten gains) in real estate, college and gifts and other

support for his daughters and funding and improvements for Agnes King's

businesses.  James E. Roberts was also part of the money raising team.

Before I invested, Jim Roberts was on many of the Oz calls soliciting

investors and potential investors to support the Legends of Oz franchise.

27. Gregory Centineo and members of this money raising team, all unregistered

brokers and finders, in turn relied on other finders, and they in turn relied on

other finders, etc., creating a pyramid scheme of money raisers.  Each level got a cut of the investment commissions.  None of these chains of unlicensed money raisers were licensed investment brokers and engaged in misleading practices.  With millions in commissions up for grabs for the finders, it was more about making money luring investors than making a viable movie.

28. Says Scott Meide, *"I know about the long chains of non-accredited money raisers because I was several people removed from Gregory Centineo.  John King also told me that if I brought in more investors, I too would also would get a cut of the spoils."*  I never sought or was offered commissions.

29. I first heard about the Legends of Oz project through my membership in the Global Information Network (GIN).  This is the same infamous GIN network that is tied to its illustrious owner, Kevin Trudeau who is currently in prison for contempt of court for not revealing where he was hiding his millions of dollars of which 37 million is subject to a court judgement against him.  Felon Kevin Trudeau has been the subject of investigative reports done by Inside Edition and ABC's 20/20 and others and is considered in some circles to be one of America's greatest con men.

30. It has often been commented that Kevin Trudeau's stint behind bars is not a punishment owing to the millions that await him offshore.  One can't help but think that members of the Greg Centineo and Carroll Production team

PLEADING TITLE - 25

are taking a page out of the Kevin Trudeau playbook by taking the risk of prison knowing that worst case scenario their financial futures are more than secure with their money likewise hidden in offshore secretive tax havens. And why would members of both teams retain the very lawyer who set up Kevin Trudeau's secretive offshore structure to thwart seizure by the Government.

31. We now have the Greg Centineo money raising team, raising money for known fraudsters and now he is enlisting what many have called one of America's most notorious fraudsters to further multiply the number of non-accredited shills into the illicit, immoral and illegal money raising engine. Kevin Trudeau preyed on unsophisticated investors on his ability to inspire and educate the masses on how to achieve success and get rich and he saw dollar signs when he saw that he could personally profit by aiding the Greg Centineo money raising team and the Carroll Production team.

32. Consistent with so many listed in this complaint, Kevin Trudeau also displays contempt and an arrogance for the law and currently boasts on his Facebook account that he does not have a care in the world as he serves a ten year prison sentence in FPC Montgomery a *Country Club*" prison which Forbes voted as one of the top "Cushiest" prisons in America.

PLEADING TITLE - 26

33. At the time Kevin Trudeau founded GIN, he was already a felon convicted of larceny and credit card fraud. Something that Gregory Centineo either did not catch in his due diligence or more than likely was well aware of Trudeau's public fraudulent history. As the saying goes, '*they can smell their own*" and the Greg Centineo money raising team and the Carroll production team had a "partner in crime". This was all hidden from the investors and potential investors.

34. Kevin Trudeau was actively involved with members of the Gregory Centineo money raising team and it was well known that he profited when any of the GIN members invested in the Oz project. Through his Global Information Network, Kevin Trudeau allowed and encouraged members to pitch investments. It was widely known, in return for allowing GIN members to hawk their opportunities that Kevin Trudeau would, as he did with anyone who used his organization, share in the take.

35. John King was a member of GIN and had an existing relationship with Gregory Centineo. It was John King who brokered the deal between Centineo and Serial con-man and fellow felon Kevin Trudeau.

36. At every step of the money raising they shied away from private placement agents, broker dealers, institutional or commercial money or anyone who would raise an eyebrow or were in a position to scrutinize their crooked

dealings.  No respectable credible industry person would be involved in an illicit and unregistered scam where the principles pocketed the majority of the money and were not even producing a viable product.

37. Kevin Trudeau's GIN was the perfect venue for the ever-expanding Gregory Centineo money raising team to harvest investors as they now had pitch man extraordinaire Kevin Trudeau's blessing and access to his 36,000 members including myself.  And the underlying mission of the GIN organization was to help people to become rich.  For Gregory Centineo and his team and the Trudeau GIN organization it was like shooting fish in a barrel.

38. Emerald City of Oz, as of July, 31, 2014 had raised $ 74,932,961.15.  These were the unaudited figures provided to us and who knows what is true or not.  There has never been an audit although it was promised in the Private Placement Memorandum for Emerald City of Oz, LLC.  I suspect that most of this money came from the Kings and their GIN team.  It would only take a few percent of the 36,000 members of GIN to invest to mostly sell out the PPM and the Kings and this team was aggressive at promoting the opportunity and Gregory Centineo was even more aggressive at closing them.  Gregory Centineo has boasted on many online websites and interviews on his prowess in closing investors.

39. Some of the members of GIN were high net worth individuals but many of them were ordinary and unsophisticated individuals who joined on the promise of learning the secrets to becoming wealthy. Potential investors were regularly told they could use retirement accounts if cash wasn't available. Some of the non-credited investors were encouraged to invest and borrowed and subsequently lost everything.

40. For the GIN members, Legends of Oz: Dorothy's return was not just a movie, it was touted as a franchise with merchandising rights from reported thousands of companies that would have the investors soon swimming in generational wealth. They often used high pressure sales techniques suggesting the film, marketing, licensing was at risk unless more money was supplied. This money was extorted by these people by threats of total loss. Invest more or it would put the existing project at risk". Unfortunately for the unsuspecting investors the majority of this money was landing in the pockets of the Greg Centineo money raising team and the Carroll Production team.

41. John King's ranking in GIN was that of a Level 6 candidate, the highest rank you could achieve which came with a number of perks. John and Aggie King served as Gregory Centineo's ambassadors to harvest investments from the Gin Members for the Oz project. Anyone in the GIN organization who

wanted to invest in the Legends of Oz project could not invest unless they went through Gregory Centineo.  On one occasion, John King placed Legends of Oz pamphlets on all the seats in the auditorium for an audience of inner circle members to hear Kevin Trudeau in Ojai, California.  Through various means, all the members of the GIN organization were exposed to Legends of Oz; Dorothy's Return in one way or another.

42. It was at a GIN convention in Nashville where I first heard about the Oz investment scheme.  It was impossible not to know about it as Kevin Trudeau had allowed his organization to be used to solicit investors and talk about it was everywhere.   The first people to solicit me about investing in the Oz project was Greg and Joy Kramer, and their two sons Wayne and Brandon who were ranting and raving about the movie project that they were all invested in and had invested roughly seven figures. There is no question they wanted me to invest as well and they urged me to contact John King. When the Global Information Network (Kevin Trudeau's GIN company) folded, Greg Kramer was one of the investors that bought the assets including the valuable Legends of Oz: Dorothy's return investor list which Greg Kramer told me he still has.  His son, Wayne owned the GIN store from money he received from his father.  The Kramer's are still involved in the Oz project through Ozstrategies.com, a scheme to try and resurrect the

PLEADING TITLE - 30

franchise for investors, for a price of course, yet nothing ever seems to be done.   And how do you resurrect a film that is now owned by offshore investors?  I had told Greg Kramer that he may be vulnerable to a shareholder lawsuit and he had the opportunity to join in on this lawsuit.  His response was that he protected himself by having Marc J. Lane put his assets in a trust.  Was he anticipating something by using Kevin Trudeau's offshore attorney?

43. The lawyer for Oz Strategies, LLC is the same lawyer, Marc J. Lane, who moved infamous con-man Kevin Trudeau's money offshore and is also the lawyer for Gregory Centineo and others on his team.  Greg Kramer, who is part of the Oz Strategies, LLC team also used Marc J. Lane to set up a trust to protect his money after he sold his medical business.  The Kramer's', previous GIN members, after hyping the Legends of Oz: Dorothy's Return investment, told me if I wanted in, I would have to talk to John King.  It turned out that I met John King at the Ojai, California GIN convention.

44. I was told by Gregory Centineo that the offering could not be sold in California because of prior activities by his partners, the Carroll's' and their group.  That means that Gregory Centineo knew even though the cease and desist prevented the Carroll's' and their associates selling securities in California, Gregory Centineo through Kevin Trudeau and John and Agnes

King were doing just that and continuing the campaign of omission, fraud, misrepresentation and preying on non-accredited and unsophisticated investors.  Anyone with minimal due diligence would see that the Carroll Production team was hiding behind the Greg Centineo money raising team and the Trudeau GIN organization to continue their campaigns of fraud and fleecing investors.

45. The amount of finder's fees and expenses paid only for money raised for Emerald City of Oz, LLC (as of July 31, 2014) was $15,816,901.38 on $74,932,961.16.  That equates to over 21% being paid out.  There actually is a standard for commissions for raising capital in the financial industry.  It is called the Lehman formula[15] and is widely accepted by Wall Street.  Under

_____

[15] The Lehman formula was originally used by investment banks and individual or corporate "finders" for the raising of capital for a business, either in public offerings or private placements, payable by the vendor(s) of the business once the funds have cleared. It usually deals with amounts greater than one million dollars. Below this mark, brokerage services and <u>investment banks</u> usually offer a set of tiered fees, or set-rate trading prices

The original version (called the Lehman Scale) was as follows:

- 5% of the first $1 million raised from investors
- 4% of the second $1 million raised from investors
- 3% of the third $1 million raised from investors
- 2% of the fourth $1 million raised from investors
- 1% of everything above $4 million raised from investors.

The Lehman Scale was widely used in the 1970s, 1980s and 1990s but is no longer the standard that it used to be due to inflation ($100 in 1970 is now worth $627.39 as of 2016).[To account for this, some banks developed variants in the 1990s that critics saw as overly greedy - for example,

PLEADING TITLE - 32

the original formula, which is still used in place for finders, (people not associated with firms) the commissions should have been no more than $849,329.00 but Gregory Centineo arranged for his team to receive 18.63 times the established Wall Street Formula.  This is why no one with any experience in fund raising and actually producing a feature animation film was allowed anywhere near this project as it would quickly become apparent it was nothing more than a private enrichment criminal enterprise.

46. The key to the Carroll – Centineo operation's success was to keep it secret from the industry, regulators and especially the unsuspecting investors.

47. This also explains why Gregory Centineo and John King boast they are multi-millionaires.  Gregory Centineo boasts he raised all the money which would include finder's fees on over 33 million for Dorothy Of Oz, LLC and other funds.  The total amount paid out in finder's fees for the total amount raised is a whopping $ 21,390,433.50 on $ 112,202,524.40 (as of July 31, 2014).  That equates to over 19% commissions, that we know about.

---

switching to $10 million increments (i.e., 5% of the first $10 million, plus 4% of the next $10 million, etc.). **Today, the original formula remains in use in limited situations with so-called "finders" - individuals (not firms), who introduce relationships but otherwise do not have any execution, distribution, legal, analytic, or administrative role in the execution of a deal.** (Source: Wikipedia).

Under the Lehman formula for finders (which, of course must be registered

with the SEC), they should have received no more than $ 1,246,015.00 in

commissions and not the whopping $ 21, 390,433.50 or more than 17 times

what Wall Street pays finders (registered with the SEC) under the Lehman

formula.  I had asked John King once if it was true they were getting 15%

commissions and he told me it was more like 5% and Greg Centineo was

getting them.

48. Both teams preyed on fear and greed.  Fear of not having a part of a billion-

dollar franchise and generational wealth and greed of missing the

opportunity and not being one of the few chosen worthy to get in.

49. In the Emerald City of Oz, LLC, Private Placement Memorandum on Page

8, under the topic of "Selling and other Expenses" it states the following:

*"The Offering is being sold by the Manager through members of the*

*management team who are not paid any commissions or finder's fees, and*

*possibly by licensed FINRA-member broker-dealers who act as selling*

*Agents for the Company in connection with the sale of the Shares.  The*

*Company will pay commissions to such broker-dealers (and to fees to*

*finders where legally permitted) in the amount expected to equal 15% of*

*total gross proceeds.*  We know that Gregory Centineo took credit for raising

all the money and we cannot find one finder who were legally permitted and

PLEADING TITLE - 34

the commission paid were above 15%. None of them were licensed broker-dealers or licensed finders. In the same paragraph it continues *"As of the date of this memorandum, (February 4, 2014) the Company had not entered into any selling agreements with any such broker dealers"*. There are dozens of representations in the PPM with respect to investor's capital and governance which was not followed by the manager or the individuals and teams of people selling under Gregory Centineo and the Kings.

50. Any broker dealer would be obliged to report the suspicious activity. Any FINRA member would be obliged to report the suspicious activity. Any licensed investment firm would be obliged to report suspicious activity. Even licensed attorneys and accountants would be obliged to support the suspicious activity apparently none of the in-house counsel or accountants ever did.

51. By mid - 2018, I had repeatedly told Gregory Centineo, John and Aggie King and the Kramers, among others on investor calls and in personal conversations that I was sick and tired of no action or legal actions being done for the Legend of Oz shareholders. They did everything to discourage me from taking action with the most common plea being that I should not worry because Gregory Centineo would be leading the charge to recover and resurrect the franchise. These statements were made to me up until mid-

2018.  The second thing I was told is that Gregory Centineo himself may lead an action.  I now see statements such as those were just to placate me and other shareholders.

52. Gregory Centineo did not like me mentioning legal actions on the calls.  I know this because he told me so.  In hindsight, I see how much this would have made Gregory Centineo, the Kings and others on the investor calls uncomfortable especially as there were other investors listening in.  When I became so frustrated that I told them I was going to initiate a legal action if nothing was to be done and I would find out what really happened to investor's money, Gregory Centineo personally called to discourage me as did John King and Greg Kramer among others.  I was surprised by this intense lobbying effort begging me not to take legal action.  Of course, this made me all the more curious and wanting to investigate why these people, with so much to lose, did not want a lawsuit or as they phrased it, "to drag our franchise through the mud."

53. The fact that Gregory Centineo was personally calling me was shocking.  This was surprising as in the past I would always have to go through John King or Julie Natalie to be able to speak with Gregory Centineo and I would need an appointment that reflected Gregory Centineo's busy schedule.  But now he was calling me and calling me his *brother*" and telling me how

much he "*loved*" me.  The reason he, Greg Centineo, was calling me directly

and telling me how much he loved me was because I informed him that if

nothing was being done to find out what happened to our investor money,

then I would start my own legal action.  I had become tired of being strung

along.

54. When I became so disenchanted with progress over our investment, I

decided to review my notes and my brothers notes as well and materials that

had been provided to us investors.  I also began to reach out to other

shareholders and that is when it became apparent that what they had

promised and what happened was far from the truth.  I also started

discovering articles and information that revealed the fraudulent past of the

key players and how each of their projects was more about their enrichment

than creating any shareholder value.  In fact, these two things were at cross

purposes as success would mean discovery and accountability and possibly

prison.

55. My brother Jeff and I spoke with the Kings in Ojai, California at an inner

circle GIN meeting.  We were also pitched by the Kings on a GIN cruise.

Jeff and I were invited to the King's house where he pitched the movie for

hours.  Others such as myself were continually and relentlessly pitched by

members of the Gregory Centineo money raising team, many of which now were finders working for the Centineo/Trudeau alliance.

56. Kevin Trudeau would have special days where GIN members could pitch their investment ideas and Trudeau said he would film it and send it to all members which, of course he did.  At one of the special pitch days it was John King who took the stage to talk about the Oz opportunity.  All members of GIN, I understand were sent that recording.

57. Another GIN member who pitched me and other investors was Chris McGarahan, a close associate of Kevin Trudeau.  He would work in tandem with John King and Chris McGarahan would also recruit investors at various GIN meetings and trainings and audios and bring GIN members to John King.  Chris McGarahan told me that he loved John King.

58. Greg Kramer later became a part owner of GIN through an asset sale to AXS Consulting, LLC.  Because Kevin Trudeau is incarcerated for contempt and not disclosing the whereabouts of his ill-gotten gains particularly 37 million of which he must use to pay back according to court documents.  There was an asset sale of the assets of GIN and Greg Kramer purchased them with other investors.  One of the principal assets of GIN was their membership list which could be exploited again and again.

59. According to an article in the Business Insider dated June 25, 2014 when citing the Carrolls', *"Their business model is based on raising money and taking a percentage. They never show anything to anybody," an insider who worked on the production said, speaking of Ryan and Roland Carroll, now operating respectively as the president and CEO of Summertime Entertainment. "Money just shifts around and they write things up. They line their pockets, they think they're businessmen."*

60. Many of the investors did not even read the Private Placement Memorandum or disclaimers because they were told by members of the Greg Centineo money raising team and others that this was just a formality and to rely on the great news, the insider news and the exclusive news, that they were sharing with the investors. I know this as this is how they closed me. It makes sense now as neither the growing Greg Centineo money raising team or the Carroll production team were following the representations that were made in the Offering Documents.

61. The Gregory Centineo team rely on tactics that are frowned upon by FINRA. Some of these include but are not limited to creating artificial urgencies for people to invest, telling how all their families are invested (Centineo, Kramer, King, etc.,) but not giving truthful answers on why they invested. They all would talk about the Oz franchise, often comparing it to Star Wars

and other successful animation franchises with promises of more money than one can spend, residual income for decades and the creation of generational wealth.

62. As in the case of my investments, as the facts clearly demonstrate, much of the information that I based my decisions to invest upon, most were not contained in the official offering documents. And much of the information contained in the official offering documents were simply false, misleading, full of omissions and undertakings.

## Legends of Oz, LLC Private Placement Memorandum

63. The most recent copy of the Private Placement Memorandum for Emerald City of Oz, LLC to raise $77,000,000 is dated September 1, 2012 and amended February 4, 2014. The misrepresentations that were told to us totally detour from this legal document and are numerous. More importantly with respect to the corporate governance promised and financial declarations, these were not followed.

64. Emerald City of Oz, LLC was nothing more than subterfuge to continue the Carroll's long history of abusing investors and lining their pockets by hiding behind their hand-picked nominee and long-term co-conspirator Jeffery Urdank. While for appearance purposes, the manager was independent;

follow the money -- it went straight to the Carroll production team and the Centineo money raising team and we believe other projects that will be uncovered during discovery.  As for the Private Placement Memorandum, it was not relied upon by the manager nor the Gregory Centineo money team, nor the Carroll production team or any of their contractors or sub-contractors.

65. The only financial statements (Unaudited) I received came out later in 2014 and these also directly contradict the representations and intent of the PPMs.

66. The first PPM, Dorothy of Oz, LLC, dated April 24, 2009 was for 24 million, which was all that was required to produce the Oz animated feature film. It also stated it would only be sold by "*NASD Registered Broker Dealers*".   The second PPM, Emerald City of Oz, LLC, was the one that brought the total raised to over 120 million for the same project that previously only needed 24 million.  Jeffery Urdank was the manager of Emerald City of Oz, LLC.  The producers and the money raisers each took about 20 percent of the money raised (40% or more between them) so the more money they raised the more money they kept.  With Emerald City of Oz, LLC. some of the most egregious actions are as follows:

   a.  The PPM is a sham designed to hide the participation of the Carroll production team and their associates that were banned from raising

additional capital, making misrepresentations and omissions and selling to investors that were not accredited by numerous State security and regulatory agencies. Ryan Carroll regularly updated and spoke to the investors who were continually asked to put in more money. In pitching the investors, he continued in his ways of omissions, misrepresentations, and fraud. No court or regulatory agency had stopped him yet.

b. The PPM did not disclose to investors all the wide range of actions against the Carroll team and their associates and their mandated restrictions.

c. Another ruse the Gregory Centineo money raising team and Roland Carroll of Summertime Entertainment would use is that they continually needed more money for expenses outside of the original PPM or any amended PPM to protect our original investment and make sure the film would be professionally completed and distributed. I relied on this information not knowing much of the funds and probably the majority of the funds were being siphoned off thus suffocating the production. I invested 6 more times after my original investment because they continually suggested the film could not be released effectively, using the film project as a hostage whereby the

Gregory Centineo team could take more than 20% and the Carroll

Production team could take more than 20% off the top for their

production profit (not including the massive amount they took for

lavish expenses and who knows what). We estimate the total

siphoned out of the Oz Animation project totaled more than 60% and

possibly more than 70% of the production, an unheard of sum and

obviously why there were no audits performed and the need for

upmost secrecy, lulling statements and the deflection of any questions

that threaten to expose their "*Hollywood Heist*".

d. It should be apparent to anyone reading this complaint that a complete

and thorough forensic accounting needs to be conducted of the film

and all the defendants, their bank accounts and tax returns, who were

unjustly enriched out of the shareholder's money. This would include

using forensic accountants and investigators who are adept at tracking

and finding offshore accounts.

e. If there had been even basic corporate governance and the teams had

followed accepted Hollywood standards, there would have been

ample money to use an onshore studio and have more than enough

money for prints and advertising and global distribution (that was

raised separately and fraudulently). Instead they ended up with a

PLEADING TITLE - 43

product in the words of one of the Gregory Centineo money raising team members, and a partner, John Textor, who eventually called the film unmarketable and unrepairable but only after he had his crack at fleecing the Oz investors for his own project.

f. To get around the numerous cease and desist orders and bans, which include Dorothy of Oz, LLC, all new money was to come into Emerald City of Oz, LLC with agreements between the two to share revenues 50-50. One of the four Carroll producers, Jeffry Urdank became the manager of Emerald City of Oz, LLC.  Neil Kaufman remained to administer Dorothy of Oz, LLC.  When Kaufman and Urdank resigned, the Carrolls and Centineo team illegally put in a new manager, Michael K. Douglas who we believe drained the rest of the accounts to pay out the remaining money to the Carrolls and the Centineo Money Raising team.  Neil Kaufman currently has a LinkedIn page which states the following: "*In addition, he has great expertise in Private Placement – alternative investments via LLCs and private stock and their valuation.  This background includes knowledge of the institution and requirements involved with these special assets as well as the documentation and transfers between retirement accounts.  He transacted $ 25,000,000 in IRA capital as*

*Executive Producer and a key member of the finance team for a $100,000,000 animated feature franchise.*

g.  It is also notable that the press at the time declared the only people who made money on the film was the producers and the fund raisers. In fact, according to the December 14, 2014 accounting, $21,390,433.50 was paid out in Net finder fees and expenses.  The film, according to Box Office Mojo only earned $18,662,027 on its worldwide theatrical income with half of that going to the distributor. The investors have to date received nothing and are still being solicited through Oz Strategies to put up more money.

h.  It is also important to reiterate that Jeffery Urdank, Neil Kaufman and the two Carroll Brothers were producers on Noah Centineo's movie where he was the lead and star performer.  Even if Oz investor money was not used for the Noah Centineo career boosting film, it would be hard to believe that Gregory Centineo agreeing to raise capital for these well-known Hollywood scoundrels was not tied to them launching Noah Centineo's acting career.  This complaint will expose Gregory Centineo's propensity to double deal and leverage investor money for his own unjust enrichment and purposes.

i.   Gregory Centineo is a Defendant in a Federal action where he is accused of using his position as a money raiser to fleece investors including dumping his fractions of a penny founding shares for hundreds of thousands of dollars in a company that is now selling at ten percent of its high values.  We are also seeking to find out how many shares that were sold to investors may have also come not from the treasury but from the personal founding shares of the insiders specifically members of the Greg Centineo money raising team and the Carroll production team and others.

j.   Jeffery Urdank, long term associate and member of the Carroll brother's production team was the sole Manager of the Emerald City of Oz, LLC according to the PPM and he was paid $104,000 per year. And as such he was responsible for making sure that Private Placement Memorandum or PPM was compliant and followed.  His highest duty (and those of the finders) was, of course to the shareholders but was anything but.

k.   On Page 8 of the PPM under "Accounting and Reporting" it states the Following: *"The Manager (Urdank) will retain a national accounting firm to account for all income received by the Company and all distributions payable by the Company pursuant to the terms of the*

PLEADING TITLE - 46

*Operating Agreement, once the film commences and theatrical release, which is anticipated to occur in 2014*". Instead they hired Sherman Oaks (where some of the Defendants live) based HW LLP consisting of two accountants who with over 100 million raised did not even audit the financials or seek to have them audited.

l. The accountant's Compilation Report to members of Emerald City of Oz, LLC is disturbing to say the least. Statements such as the following are alarming: "*Management has elected to omit substantially all of the disclosures required by the accounting principles generally accepted in the United States of America.*" and "*Management is responsible for the preparation and fair presentation of the financial statements in accordance with accounting principles generally accepted in the United States of America and for designing, implementing, and maintaining internal control relevant to the preparation and fair presentation of the financial statements.*" In other words, don't blame us if you are not getting the type of audited or detailed financial statements required by the PPM and those in a position of trust. Of course, proper disclosure would alarm the shareholders and it would not take many of the investors to decide to take legal action.

m. Had I known there would not be a national accounting firm and this would be placed with two guys in Sherman Oaks, (On second floor offices in a two-story building across from a McDonalds) probably more Carroll insiders, and likely co-conspirators, I never would have invested.  It is important to note that the accounting fees for Emerald City of Oz alone are $185,540.38 and $370,982.85 total.  I would like the accounting firm to justify those type of expenses.  I would also like to know why the accountants, Louis N. Hamel and Michael E Wilford, both CPAs did not report such irregular practices to the authorities but they may have had over 370,000 reasons not to do so.

n. Page 2 of the PPM states "*Under Rule 506 (C) of Regulation D, as adopted by the Securities and Exchange Commission (the "SEC"), the company may be required to take reasonable steps to verify that the Shares are only sold to "accredited investors," as defined in Rule 501 of Regulation D.  This may include the need to obtain and review personal financial information of prospective investors.*"  The Carroll production team, the Centineo money raising team and the Kevin Trudeau money raising team preyed on investors who were unsophisticated and non-accredited.  Some were told not to worry and their paperwork would be adjusted so they could get in.

o.  On Page 11 it states "*Manager Will Exercise Total Control. Under the terms of the Company's Operating Agreement, even after the issuance of all the Shares and/or Warrants offered, the Manager of the Company will control future management, as well as all major decisions of the Company.*" This brings up some disturbing elements much of which is that the Legend of Oz shareholders did not understand that they would have no one on the Board of Directors of Legends of Oz, LLC, and Urdank was free to shovel funds to the Carroll Production team and their confederates the Gregory Centineo money raising team and any person or entity they chose. In other words, while the Gregory Centineo money raising team and Carroll production teams were touting millions for the investors, the investors had zero control of their money, zero input, zero transparency, and the pipeline flowed directly into the pockets of both teams.

p.  When Legends of Oz: Dorothy's Return bombed and with the cupboards bare, Jeffery Urdank conveniently leaves the company as a ship without a captain and no one controlling it. However, Attorney Marc J. Lane has told the shareholders as have others of the Centineo Money Raising team that funds continue to flow into Legends of Oz, LLC. Attorney Marc J. Lane seems to know much about the inside

PLEADING TITLE - 49

workings of this ruse.  Yet he has not shared much of it with the shareholders who are paying him which he purports to represent. It is important to reiterate that in addition to representing Ryan Carroll and Kevin Trudeau and Greg Centineo and other insiders, he also represents and advocates for the shareholders.  The Fox is truly guarding the henhouse.

q.  On page 11, Under "Conflicts of Interest" it sates "*In addition, Jeffrey Urdank is also manager of Emerald City Funds, LLC, which is the lender under its Loan and Security Agreement with the Company. There is a potential conflict of interest in the event that amounts borrowed by the Company from Emerald City Funds, LLC are not repaid as agreed.* Emerald City Funds, LLC is a Delaware Corporation that was registered in Nevada.  The status was revoked by the Nevada Secretary of State.  The Last filing was 2014.  Just like Legends of Oz, LLC., Jeffrey Urdank left this company with no one at the helm.

r.  On page 25, under "*Loans and Security Agreement*" it states the following" Pursuant to the Loan and Security agreement (The "Loan and Security Agreement") among the Company, Dorothy of Oz., LLC and Emerald City Funds, LLC, a Nevada limited liability company

("Emerald City Funds, LLC"), Emerald City Funds, LLC agreed to
borrow up to $50,000,000 from its funding sources and lend the net
loan proceeds to the company and Dorothy of Oz, LLC to fund prints,
advertising and marketing for the film.  The loans under the loan and
Security Agreement are to be repaid from, and are collateralized by,
all net cash proceeds receivable by the Company and Dorothy of Oz,
LLC from the commercial exploitation of the Film except for upfront
advances with respect to foreign rights, which the company estimates
to be $20,000,000.  The investors were called upon to put up the Print
and advertising money as well.

s. On Page 29 under "Reports" "Each Member will receive from
Company the following reports:  (a) Within 45 days after the end of
each of the Company's taxable years, an accounting of the affairs of
Company for the taxable year then ended; (b) With 45 days after the
end of each of the Company's taxable years, information reasonably
necessary for the preparation for the Member's income tax returns for
the taxable year then ended and; (c) Copies of annual accounting
information about the Film provided by the Sales Agent pursuant to
the Sales Agent Agreement.  I maybe got an accounting on the first
year probably 2012 (A) but never received anything (b) or (c).  I did

PLEADING TITLE - 51

receive an accounting for the year ending December 31, 2014 but this can hardly be called an accounting because in the words of HW, LLP "Management has elected to omit substantially all of the disclosures required by the accounting principles generally accepted in the United States of America."  The accountants also stated that the net loss would be $75,961,226.  As for the (b) shareholders in Legends of Oz, LLC they have been trying to get out K1s to claim losses on their investment but these have not been forthcoming.  It is our belief that Centineo Money Raising Team and the Carroll Production team have acted in a continual manner and conspiracy that this information will never see the light of day as it would illuminate their financial crimes.

t.   I was told by a fellow Canadian shareholder that there was a scheme by John King where you could sell your shares for pennies, take the loss and if and when the franchise recovered you could buy them back in the future.  We intend to subpoena this and related information and want this investigated by authorities.

67. One of Gregory Centineo's long term partners and a member of the Gregory Centineo money raising team is a Hollywood insider and habitual stock

promoter named John Textor[16].  Just as he did with the Carrolls', the

Gregory Centineo money raising team raised money for John Textor's

companies.  To do this, they solicited many Emerald City of Oz, LLC and

Dorothy of Oz, LLC investors, such as myself, using their tried and true

hyping of opportunities, omissions and other spurious representations.   One

company, Pulse Evolution Corporation, of which Greg Centineo is a

founder, raised money, with the Greg Centineo team, targeted Oz investors,

and Gregory Centineo ended up with 5 million shares at a fraction of a

penny.  These shares have traded as high as almost four dollars.  The team

also raised money for another John Textor company called Evolution AI

Corp.  Of interest, when I made my displeasure known to John Textor about

my investment in his companies and the all too familiar false

representations, his written response was that if I had an issue, it would be

with the "*Oz*" people, not him.  I understood this to mean Gregory Centineo,

the Kings and the rest of the Gregory Centineo money raising team.  Greg

Centineo and John Textor continue to work together on projects and are both

co-defendants in a Florida Federal Legal Action.  We believe that John

PLEADING TITLE - 53

Textor profited directly and indirectly with defendants to this action and put proceeds in the name of his wife Deborah and son Addison.

68. The Gregory Centineo money raising team regularly solicited other Oz investors for other deals.  John Textor was at the Premier of Legends of Oz in Hollywood and given the VIP treatment.  He is intimate with the knowledge of the Oz situation and has continually told me that I have not lost my money on my Oz investment and to stick with it.  This was a lie and a fraud perpetrated on me.  Apparently, Gregory Centineo and John Textor were double teaming me to disguise my losses in Oz so I could invest in their latest scam.  I found it odd that he would know my shares were worth something but perhaps I was naïve and I trusted this Hollywood veteran. While John Textor was trying to reassure me on my past purchases in Oz and dealings through the Centineo money raising enterprise, Textor reassured myself and others on numerous occasions that our investment in Legends of Oz: Dorothy's Return was not lost.  This was first done in a meeting at John Textor's office where the Gregory Centineo money team was present including Frank Patterson. It is obvious now that he wanted to placate the investors so that the Gregory Centineo money raising team would have more shots at raising money for Textor's other projects.  If we knew then our Oz investment was lost, naturally I would never invest anything

with these people again.  John Textor was also involved with the Oz film.
He said he tried to get other distributors interested in resurrecting the film
and it is my understanding some people at one of the studios said it was
basically crap, which is what John Textor reported.  So on one hand he is
saying the film could not be saved yet when he and the Gregory Centineo
money raising team wanted investments, the Legends of Oz investment was
sound.  There is a pattern here.  If Greg Centineo or anyone on his growing,
multi-level money raising enterprise were to tell the truth that the Oz
investment was lost, no one in their right mind would put money in Pulse,
Evolution AI, Priatek, Best Selling Publishing and other startups where Greg
Centineo was head of raising capital.

69. In the Spring of 2018, in a private conversation with John Textor, he told me
he took the movie, Legends of Oz to Pixar.  The people at Pixar said there
were too many sub plots, no continuity and sold as an episodic journey.  In
other words, it was far from commercial grade and unsalvageable.  They will
say anything to raise money for exorbitant finder's fees and other personal
enrichment.  Then they will say anything to placate you.  For instance, in
return for raising money for Textor I was told that Gregory Centineo would
be head of his Florida animation studio.  For Greg Centineo raising money
for Legends of Oz, Noah Centineo gets a starring role in a movie to launch

his career, for Greg Centineo fleecing the Oz shareholders again for John Textor he becomes a co-founder and is promised to be head of an animation studio. The interests of the investors have always been secondary or non-existent.  My shares in the two Textor enterprises are restricted and therefore worthless, just like my Legend of Oz shares.  But the Centineo Money Raising team and Textor keep promising me, just like with Oz, that one day, they will be valuable.

70. As I go through all my materials and remember what was said to me by Gregory Centineo, the Kings and other members of his team, I see they continually made factual representations knowing all too well they were false and misleading with the sole intent to coerce me and the other plaintiffs to invest by having us rely on this false information to our detriment.  In hindsight, I see they would practically say anything to raise a buck.  Just a few of the things I was told that are patently false are below.

(a) The investors would be paid before everyone else.  We were told the investors were in a *first position payback*."  This was repeatedly said by Gregory Centineo, The Kings as well as Ryan Carroll of Summertime Entertainment.  It is in the marketing materials.  I discussed this with fellow investors and we were in agreement that this was an important factor in our investing especially because we were competing with the studios.  The

continual mantra was that anytime a cash register anywhere in the world opened, the investors would get money.

(b)  We were told that there were between 1,000 and 3,380 licensing and revenue streams which were owned solely by the investors. There were basically none.

(c)  The first investment vehicle for the movie was Dorothy of Oz, LLC.  We were told that Dorothy of Oz was closed because they raised their money and Emerald City of Oz LLC started to raise additional money at a higher price.  This was a lie that was perpetuated by both teams.  In reality they, the Gregory Centineo team and the Carroll Team (Ryan Carroll, Roland Carroll, Neil Kaufman and Rene Torres) could no longer use Dorothy of Oz LLC because of an injunction, cease and desist and other orders by the State of California and other States and a growing number of unsavory articles on the Internet.  All this pertinent information was not disclosed, either by the Gregory Centineo money raising team, or the Carroll production team, and was willfully omitted and withheld from the Private Placement Memorandum (Rule 50) which was filed with the United States Securities and Exchange Commission.   Obviously had I known about this also, again, I never would have invested.  The only thing mentioned in the PPM was a settlement

agreement with California action against the Carrolls' and associates. I had no

idea of the depth of illegal activities in Dorothy of Oz, LLC.

(d)  If I had known that there was almost a dozen or more

complaints against the Carrolls, I never would have invested.  I was not told of

this.  None of us were.  On the contrary Gregory Centineo and his team sung

the highest praises of these shysters.  And to this very day, they still do and

count them as victims along with themselves and the shareholders.

(e)  One of the many reasons I filed this complaint is that when the

movie bombed Gregory Centineo refused to blame the Carrolls.  When I told

Gregory Centineo that I was going to sue if no one else did, Gregory Centineo

told me that the Carrolls were not to blame.  It is apparent why he is protecting

the Carrolls because if his partners in crime are exposed, so is he and his team.

I was told that Gregory Centineo is in contact with the Carroll

brothers who have vanished with the investor money.  He is regularly in

contact with Ryan Carroll's son, also named Rich Carroll.

(f)  I believe Gregory Centineo is protecting the Carrolls and I

believe it is because what they know can put Gregory Centineo in prison and

destroy the career of his son Noah Centineo who has benefited in many ways.

(e)  In addition to investing in the Legends of Oz, Dorothy's

Returns film. I invested in other projects through the Gregory Centineo money

PLEADING TITLE - 58

raising team.  These include Pulse Evolution, Priatek, Evolution AI (John Textor's company) and Best Seller Publishing.   Dana Tejeda left the Gregory Centineo Money Raising Team a few years ago.  I was told by John King that there was a falling out between Dana Tejeda and Gregory Centineo. Apparently, she left and took with her proprietary and private information namely the investor list and this angered Gregory Centineo which he disclosed to me.  By taking this list, Dana Tejeda may have violated Federal and/or State Privacy laws[17].  It was Gregory Centineo's duty to protect, hold safe and safeguard the personal information of his investors.  Dana Tejeda started using the stolen list to solicit the Legends of Oz investors for deals outside the Gregory Centineo money raising team. Dana Tejeda started calling me to invest in companies continually with the last pitch coming in 2017.  With some of her investment schemes she was working with Peter Velardi.  She was one of many of the Greg Centineo Money raising team that repeatedly said we could not go after Ryan Carroll because he was broke, into prostitution and drugs.

---

[17] Appropriation was the first privacy tort recognized by the courts. A plaintiff must show that the defendant appropriated the plaintiff's name or identity for some advantage, usually of a commercial nature. To be actionable, the plaintiff must be identifiable, the defendant must appropriate the name or likeness for his or her own advantage and the appropriation must be without the plaintiff's consent.

PLEADING TITLE - 59

(f)  The Private Placement Memorandum for Dorothy of Oz, LLC states that money would only be raised by broker dealers.  It is illegal for broker dealers to pay finders and there never were any Broker Dealers for either of the LLCs.  I see this would have been impossible as they would be risking their licenses participating in a non-audited, undisciplined enterprise where many of the principle had unsavory pasts.

71. The Carrolls' have used a number of companies and it is alleged that they keep changing the names of their production companies to outrun their continual sullied reputations.  Alpine Entertainment became Summertime Entertainment. They are also connected to Box Office Productions, Box Office Productions II, Box Office Productions III and Family Film Fund.  John Textor told me that the Carroll Brothers used investor funds to pay off debts in their other companies. Dave Hegland said that Ryan Carroll told him it was well known that the Carroll Brothers used shareholder money to finance other projects.  Dave Hegland told us that Ryan Carroll told him that he had taken investor money to help finance Star Team, LLC.  All these entities (Except Star Team, as far as we know) have been investigated and received cease and desist and other orders from a number of States.  Most often mentioned are Ryan Carroll, Roland Carroll, Neil Kaufman and Rene Torres.  Often cited is Dorothy of Oz, LLC. Before, during and after Gregory Centineo and the Gregory Centineo money

raising team brought investor money to these four, it would be almost

impossible for Gregory Centineo and his team to not know about the history of

these producers.  Before Oz, none of their movies were successful, never had

much of a theatrical release and regulators were continually hot on their heels.

Yet Gregory Centineo becomes the Executive Producer of Legends of Oz as

does Neil Kaufman and Rene Torres.  The Carroll brothers become the

Producers.  The Gregory Centineo money raising team and the Carroll team

mislead all the shareholders by hiding and not disclosing their past records of

abusing and misleading investors which of course would make raising any

capital a virtual impossibility.

72. The Carrolls had an injunction that they or their agents could not raise capital

yet their associate Gregory Centineo defied the order and did just that.  In 2014,

Gregory Centineo told an entertainment industry magazine "*I worked side-by-*

*side with Ryan Carroll to implement Strategy ranging from promotion of our*

*project, helping to secure funding.*"  It is my belief that he would have to know

about the plethora of state actions against the Carroll brothers and this would

explain why Gregory Centineo conspired to create a separate investment

vehicle for his investors, Emerald City of Oz, LLC for investors such as myself

to give the appearance of independence and to try to work around the

injunction.   Even if the Gregory Centineo team pleads ignorance to knowledge

of these numerous state actions and lawsuits, it was their duty in law and

fiduciary duty to do due diligence on those who would receive our investor

funds.  We contend this is not the case as any due diligence would have robbed

the Centineo team of their excessive commissions and illegal and lavish

personal benefits.

73. It is of great interest that the two Carroll brothers and Neil Kaufman and Rene

Torres, all with robust pages on the International Movie Database or

www.IMDB.com disappear from the movie industry after the flop as well as

from social media and any real Internet presence.  Only recently has Rene

Torres shown up in social media.  It is my belief that they saw the Oz project

whereby their production company, Summertime was to get 20-40% of all

money raised plus expenses that they simply took the money and ran rather than

spend it on the production.  We have reason to believe the investor funds was

used to pay towards the Carroll's and other's substantial pre-existing debts.

This was told to be by John Textor who always seemed to be intimate on the

inner working of the Legends of Oz: Dorothy's Return Scam.

74. The producers created a film with no chance of being successful by their actions

that put self-enrichment before the project and thus the investors.  This put the

actions of the producers and money raisers at cross purposes of the stated

investment purpose of creating a profitable, sustainable, big budget animation

and licensing franchise.  When Legends of Oz bombed, it did not just bomb; it set records for the biggest animation bomb of all time.  The producers, the Carroll team, and Centineo team (all producers) did not follow even the most basic established principles and procedures employed to produce a viable motion picture.  None of the producers had ever made a big budget animation film. More importantly, by design, there were no experienced producers that were outsiders.  The reason for this should be obvious as they would see what so many were saying that Legends of Oz was more of a cash grab for the insiders than it was making a quality commercial motion picture being made by people with a long history of fleecing their investors and as the press revealed, the only people who made money on the film were the producers.

(a)  Hollywood is crawling with product placement agents and companies like Coca Cola and Ray-ban sunglasses have dedicated teams to make sure they get into as many movies as possible.  For instance, Ray-ban is estimated to be in over 150 movies per year.  The Smurfs 2 cost 105 million dollars.  The animated feature had 39 different brands and partners and brought in 150 million dollars in fees.  The product placement paid for the entire film and then some.  In other words, there was no attempt to place any products in Legends of Oz to help defray or cover the costs.  Of course, the Centineo money raising team and the production team could not take their approximately

PLEADING TITLE - 63

60% plus in fees bonanza on tens of millions that they did not raise.  Legends of Oz is set-in modern-day America and its target audience is one of the most sought-after demographics.  Legends of Oz could have product placement of the hottest brands available today.  Research has revealed the real reason neither team (They were all producers by then) sought out product placement dollars. That is because they would want to see the financials, disclosures and who the principals were meaning their questionable history and criminal enterprise would be exposed.

(b)  The investors were brought into a production company that never had a fighting chance at being a successful theatrical release (all previous were direct to DVD).  Not only did they not have a track record of success, they had a well-documented tract record of failure and nefarious behavior. Hollywood is a small place to function and by starting with a production company that lacked credibility was a severe handicap for the investors notwithstanding we believe that as much money went into the producers and Centineo money pockets as was spent to produce a viable film.

(c)  The producers, the Carroll team and the Centineo team chose a distributor who had never distributed a film before who kept funds instead of spending it on distribution and marketing.  The investors provided 9-12 million

or more for prints and advertising, enough for the 4,400 hundred promised

screens.  What could possibly go wrong?  We believe it was an inside job.

(d)  If key players in the Entertainment industry knew that Legends

of Oz: Dorothy's Return was not a commercially viable film, from the get-go,

then those who kept going back to the investors must have known this as well.

This was concealed from the shareholders and quite the opposite, they hyped

the film with fraudulent statements to keep their money grabbing enterprise

alive and thriving, then concealed the reasons for failure so they could

continually milk the investors.

(e)  Without producers with a history of success in the box office,

no institutional or commercial capital would be available.  The only way the

money could be raised was from unsophisticated investors many of which were

also non-accredited and could be closed on hype over substance.  Not one of the

producers had hands-on experience at producing a large budget independent

animation picture.

(f)  The producers, even though they had the budget to hire the top

animation houses in North America decided to go to India and according to

documents they provided, instead of saving money, it apparently was just as

costly and they ended up with an inferior product.  The investors thought they

were getting a Cadillac and did not even end up with a jalopy that ran.

Ironically, they raised enough money to equal the amount spent by Walt Disney

on some of their animation films but opted to overfinance and pay 10-20% of

what an onshore animation film would cost.  And it shows.

(g)  The producers, with all their money, hired two screenwriters

that had never written a motion picture screenplay before Legends of Oz:

Dorothy's Return or after.  Movies require a strong story and all the stars and

special effects cannot compensate for a lack of story.  Using two novice

screenwriters on a film with a budget over 100 million dollars was not the

smartest move.  Or was it?  Professional screenwriters with industry knowledge

would obviously know that something was fishy.  By not using the best

screenwriters, and they had the money to do so, this was a recipe for failure and

the critics and much of the audience realized this and was one of the reasons

that were given why the film was dropped both domestically and

internationally.  There are many reasons that so many would not want their

names attached with the film or the producers.

(h)  Successful non-studio movies and even studio movies go

through a developments process starting with creating a script of the quality that

"A" actors will attach themselves to the project.  For instance, if a great script

would attract someone like Robin Williams, it is a big step towards getting

distribution and commercial and institutional money as it anticipates revenues.

Problem here would mean the production would have to be transparent to all parties and the gig would have been up on their real operation.

(i)  There is a saying in Hollywood that if you do not have "A" actors you have little chance of distribution.  The reason the production had no "A" actors was not that they could not afford them, the "A" actors would not dare risk their career by going with a bunch of unknowns with a scandalous past, a bargain basement animation house and a second-rate script.  Therefore, Legends of Oz could only get actors long past their prime and unable to add the commercial viability required to compete in the feature film marketplace.

(j)  There was no shortage of money to hire the cream of Hollywood talent.  And there was lots of money left over.  In an interview May 16, 2014 in *Cartoon Brew* Gregory Centineo described himself as "*a former Florida coffee shop owner who raised over $ 100 million from investors to produce this film and its follow ups, thinks he knows what went wrong*".  Centineo continued and was quoted as saying "*And should it not do any better this weekend (This was right after the movie bombed in it's opening weekend), Centineo still has leftover money from his investors that he's going to use to make two more Oz sequels and a TV series.*"  Gregory Centineo is quoted as saying this in more than one publication.  If it is true that Centineo had money to do two more films, a claim he repeated, why did he not do two more films

and a TV series?  More importantly, where is this money?  Where did it go?

This complaint and subsequent examination and a forensic accounting will

show who absconded with these Investor funds.  Centineo stated that the film

cost 70 million to produce.  We know the first Offering Document pegged the

cost of the film at 24 million all in.  The money to do two more films and a

television series has never been accounted for.  If one subtracts 24 million from

the 122 million raised, not counting P & A money, that is 98 million dollars.

There is a practice in Hollywood to overfinance projects and keep the

difference, something that the entertainment press cited the Carroll Brothers for

doing on past projects.  It is apparent that the Carroll production team and the

Gregory Centineo money raising team conspired to make Legends of Oz as

inexpensive as possible and to raise as much as they could so that they could

keep the difference.

(k)  Now we have the HW accountants saying there is a net loss of

$75,961,226 on $112,201,524.40 raised in the non-audited report.  They state

that $63,225,697.04 was spent on the film and $24,993,795.92 was spent on

other uses and $5,147,319.29 was spent on other properties but these properties

were not specified.  We learned from Dave Hegland that Ryan Carroll told him

that he had used Emerald City of Oz, LLC and Dorothy of Oz, LLC money to

help finance a project for which the Oz investors had no interest.  Then Gregory

PLEADING TITLE - 68

Centineo is telling the press there is enough money left over to do two more

films and a television series; none of the numbers have ever jived.  Gregory

Centineo has to tell the investors what happened to those left-over millions of

dollars.  There is much that needs to be examined in Gregory Centineo's

interview in Cartoon Brew, May 16, 2014, days after the Legends of Oz:

Dorothy's Return bombed.  Gregory Centineo is quoted as saying "*And should

it not do any better this weekend, Centineo has still got leftover money from his

investors that he's going to use to make two more Oz sequels and a TV series*."

Note that Gregory Centineo says it is leftover money from "his" investors.

   (l)  Since Gregory Centineo knew that the Carrolls had siphoned

off approximately 40 million plus dollars and maybe 20 million had been spent

on the film, maybe the Carrolls did have enough money to do two more films.

The fact that they disappeared as did the money requires investigation and

accountability.

   (m)  The producers did not work with distributors in any way that

made sense.  Distributors are often involved in casting and other decisions to

make the film successful in their respective markets.  They are brought in at a

very early stage and continually consulted.  Animation films do far better in

foreign markets than domestically.  For instance, the animated movie Smurfs 2

earned 79.6% of its theatrical revenue in foreign markets.   One of the most

PLEADING TITLE - 69

lucrative markets for U.S. produced animation is Mexico.  Legends of Oz did

not even have a distributor in that country.  Gregory Centineo claims they went

with an unknown distributor with no experience because the others were asking

too much.  We believe this is a lie.  In reality we believe no credible distributor

would touch this film because of the Carroll's reputation, the inferior product

and them being restricted in seeing the accounting and numbers; if they cannot

see costs, how do they know the profits?  Because of this and other reasons to

be disclosed Legends of Oz was forced to go with a distributor who had never

distributed a film before and was thrilled to take, and ultimately keep the

majority investor's cash. This was in addition to the more than 122 million

raised.

(n)  Not only did the actions of the Producers defy logic, it defied

Hollywood practices and standards.  No independent film with that type of

budget, reported 70 million dollars had ever made money in the history of

Hollywood without a studio distributor.  I was told by Gregory Centineo that

they had spoken with Lionsgate, Warner Brothers, Paramount, Walt Disney and

others and it will become apparent why they made the choice they did.  Or more

likely subpoenas should demonstrate that they never got in the door with those

reputable companies and was just part of the ongoing ruse to fleece the

investors.

PLEADING TITLE - 70

(o)  Legends of Oz: Dorothy's Return is based on the original Wizard of Oz which was in the public domain, meaning anyone can take the original story and subsequent public domain stories and craft them into their own screenplays.  This hardly justifies the valuation put on the companies into which the investors put their money.  Gigapix Studios, Inc, at the same time we learned was producing Oz 3d which we were not told about.  The two principles of that similar scam are both in prison.  There are also a number of other Wizard of Oz based films and shows in the market.  March 8, 2013, Disney came out with Oz the Great and Powerful with a budget of 215 million and it earned 493 million worldwide.

(p)  Prana Studios in India was the animation studio they chose.  It is not in the top 50 animations studios which is odd because Legends of Oz was one of the most expensive animation movies produced according to disclosures. There are two reasons they used an offshore, inexpensive animation studio. Because the Gregory Centineo money raising team with their crazy unrealistic finder fees, coupled with the Carroll's Production team crazy unrealistic fees and expenses used up at least half the money raised, they could not go with a domestic studio.  I also believe they used an offshore little-known studio because they could over-finance the film and keep the difference.  An offshore animator would not be subject to the same audit standards if any, that a

domestic animation house would have been. In other words, there would be no transparency and they could ultimately mislead the investors on the costs which we believe they did. Obviously, unless Mr. Centineo was lying there is no way possible the Indian animation-based production could have cost 70 million dollars. It is interesting that Prana Studios on their website state that Legends of Oz: Dorothy's Returns is © Walt Disney Productions. It seems no one wants their name associated with the Carroll production team. This is also very misleading and fraudulent.

75. When I invested in Emerald City of Oz, LLC, members of the Gregory Centineo Money Raising Team would get high paying jobs, extravagant travel and perks and titles with the companies that received my money. For instance, when I invested in Legends of Oz; Dorothy's Return, Gregory Centineo told me that Dana Tejeda ended up with "*a secretarial job at Summertime Entertainment earning six figures per year*" or at least $ 100,000 dollars per year. That struck me as a high price to pay for a secretary especially as I understood she did not even have related secretarial skills. Gregory Centineo once complained to me, when he disclosed Dana Tejeda had stolen the investor list that she insisted on being paid six figures salary on any opportunity she was involved in which I understood ones she helped raise money and close investors.

76. Gregory Centineo as Executive Producer and in his representations as taking credit for raising over 120 million dollars arranged for the majority of his money raising team and family to have production jobs.  Here are the Legends of Oz: Dorothy's Return Producers that are connected to the Gregory Centineo money raising team and Gregory Centineo family.

    (a) Gregory Centineo, (GC), Executive Producer

    (b) Nick Centineo, Co-executive Producer (Brother)

    (c) Robert Centineo, Co-executive Producer (Brother) (He also solicited me for investing on several occasions.

    (d) John A. King, Co-executive Producer (GC team member)

    (e) Julie Natale, Co-associate Producer (Girlfriend & GC team member)

    (f) Dana Tejeda, Co-associate Producer (GC team member)

There are other producers, and many are listed throughout this document.  Members of the Gregory Centineo money raising team often end up with jobs with the companies he helps finance.  For instance, in Pulse Evolution, where the Gregory Centineo team also raised money from Scott Meide, the following people ended up with titles which suggest employment; Dana Tejeda received the title of Business Affairs, Pulse Evolution Corporation, as did Julie

PLEADING TITLE - 73

Natale who also used the title of Business Affairs, Pulse Evolution Corporation.

She started with Pulse Evolution (her boyfriend Greg Centineo is a co-founder)

one month after the Legend of Oz: Dorothy's Return movie bombed (June 2014-

January 2016). Greg Centineo said after the bomb that there was enough money

left over to do two more Oz movies and a television show. Of particular interest,

Julie Natale lists Pulse Evolution's Switzerland headquarters on her LinkedIn

profile. Marc J. Lane used Switzerland to protect some of Kevin Trudeau's assets

offshore. Marc J. Lane is also the lawyer for Greg Centineo (and the Legend of

Oz: Dorothy's Return shareholders through Oz Strategies, LLC). Julie Natale was

also an Associate Producer for Summertime Entertainment from May 2009 to

April 2014. Noah Centineo's The Gold Retrievers came out in July, 2010.

Agents have a fiduciary relationship with their principle and must make proper

disclosures must not make secret profits. They also have a duty to treat investor

money with a higher standard of their own. Problem is that most of the investor

money in practice became "their own". If I have found out this so far, I shudder to

think what actually went on and what is being hid from the investors.

      86. The beginning of the Oz film started with the Carroll Brothers,

Ryan and Roland. They used a company called Alpine Pictures which then

became Summertime Entertainment (and many names after that). Summertime

Entertainment apparently is owned by Alpine and the Summertime Entertainment

PLEADING TITLE - 74

name was chosen so that investors would not know the association with Alpine and its fraudulent past.

87.   One thing that was constant from the Greg Centineo team, was the fact that there were no audited statements, detailed or otherwise; just reassurances and promises that eventually the investors would see a return.  Then I was pitched on every new Centineo deal and told that Greg Centineo was doing me a favor by letting me in early, or at a special price in order to make up for the colossal Oz flop.  I do know that large amounts of money were spent on the Gregory Centineo money raising team and I suspect that this was shareholder's money and not paid for by Gregory Centineo himself.  Below is a list of members of the Gregory Centineo money raising team and family that went to the Cannes film festival in Nice, France to showcase the movie.

(a) Gregory Centineo

(b) Julie Natale

(c) John King

(d) Agnes King

(e) Dana Tejeda

(f)  Steve Tejeda

(g) Noah Centineo

Noah Centineo was also there for some of the investor pitches.  I was also told and sent photos where Gregory Centineo and other members of his team had stayed in a Castle plus I also suspect all the trips from Florida to California for the Gregory Centineo team came out of shareholder funds.  Other producers and their wives also attended.

88.  With Noah Centineo having credibility by starring in the Carroll's Gold Retrievers and Gregory Centineo's pockets overflowing with millions of ill-gotten gains, the decision was made to load up the family, Jed Clampett style and move to Beverly Hills or close enough so that young Noah Centineo could be in thick of the industry for auditions and attend the famous Beverly Hills High school which has over 500 notable graduates or attendees including Carol Burnett, Cher, Judy Garland, Sarah Jessica Parker and stars too many to mention.  Gregory Centineo used his ill-gotten gains (paid more than 18 times more than his Wall Street counterparts) to put Noah in Hollywood High with the sons and daughters of entertainment executives and Hollywood royalty.   It is important to note at this time young Noah Centineo would receive parts in two Disney sitcoms, *Austin and Alley* (2011-2012) and *Shake it Up* (2013).  This would prove to be important for the future of the Oz investors and their money.  In 2014, Noah Centineo would star in the Disney romantic comedy film "*How to Build a Better Boy*".  Also, the year that Legends of Oz: Dorothy's Return was released Noah Centineo was cast in the

PLEADING TITLE - 76

Disney Channel Pilot "*Growing Up and Down*".  Noah Centineo was in 53 episodes of "*The Fosters*" distributed by various Disney companies around the world from 2015 – 2018.  The 2018 date is important as during this year and years previous Greg Centineo was doing everything to discourage Legends of Oz: Dorothy's Return investors for even considering suing the Walt Disney Company.  Currently, Noah Centineo is a Calvin Klein model, starting in early 2019.  Noah Centineo is in the latest Charlie Angels movie.  It was just announced that he is to star as "He-Man" in the lead role of "*Masters of the Universe*", now in pre-production.  For Noah's burgeoning career, with his deep roots in numerous Disney productions, it is no wonder why he and his father would not want any of the Legends of Oz: Dorothy's Return shareholders suing the Walt Disney company or any studio or production company for that matter.  It could be the kiss of death for an actor's career.  Gregory Centineo and John Textor, according to IMDB are producing a movie called Art Story.

89.  When one looks at the Legends of Oz production in hindsight and follows the money, it is apparent that there was really no way a commercially viable film could have been produced with the money that was left.  In fact, if one were to sabotage a major motion picture, one would take all the actions that lead Executive Producer Gregory Centineo would take and continues to take to keep the scam alive and undetected.  Only Gregory Centineo could take the largest

PLEADING TITLE - 77

animation disaster in the history of Hollywood and put it as a plus in his resume, website and speeches.

90.  In order for the Legends of Oz: Dorothy's Return ruse to be successful, the Carroll production team and the Greg Centineo money raising team insured there was no accountability and no transparency despite the fact both were continually promised.  They also insured they had dictatorial control and this could not have been done without the complicity of accountants, lawyers and other professionals.

91.  When Legends of Oz: Dorothy's Returns bombed; Gregory Centineo blamed everyone.  First it was the distributor.  Then the critics who he claimed were just shills for the studios.  Ironically, he even blamed the Carrolls and Summertime but after a week, this ceased.  It is my belief from what I found out that if Summertime was to be held accountable and if they were to go down or even go to prison, they would take the Centineo team with them.  This would explain why to this very day, Gregory Centineo has stated the Carroll brothers are the good guys and just victims along with him and the shareholders and everyone else.  It's a nice story.  But it is just that; a make-believe story just like everything else the investors were told.

92.  Today it is a much different story.  The Gregory Centineo money raising team now say it is Clarius and William Sadleir whom they claim are too

PLEADING TITLE - 78

powerful to go after now that Sadleir has rebranded himself and key people as Aviron Films.  At first, he, also publicly intimated the failure was because of the Walt Disney company in the press but after a week or so, he backed off.  And while Greg Centineo says he may sue, he also says that if he does, there will be a red dot on his head because you cannot go after Walt Disney.  Since the movie bombed, Gregory Centineo has repeatedly said privately that Walt Disney killed Legends of Oz: Dorothy's return.  Let's examine this.

(a) The film was supposed to open on 4,000 screens.  The investors paid for prints and advertising for this yet it only opened on 2,500 screens and was quickly pulled.  Walt Disney could not be blamed for a shoddy movie.  However, they have been known to threaten theater chains.  For instance, when Quentin Tarantino released his Hateful Eight at Christmas, Disney told theaters that if they screened the Tarantino film instead of their Star Wars reboot, they would restrict the Star Wars reboot from them.  Also, there is much written about how the Walt Disney company rewards critics who praise their movies and punished critics who do not.

(b) Notwithstanding that some theater goers actually liked the film, the facts remain it was doomed by the shoddy production, poor ratings and dismal distribution.  The critics generally hated it.  There were some very good reviews but remember that Gregory Centineo told the almost 2,000 investors to give the

PLEADING TITLE - 79

movie stellar reviews and take to social media and have their friends and family do the same.

(c)  Still it could be plausible that Walt Disney wanted to drive the death nail into the film even though it was in the throes of death as a warning to any independent group of investors to not even think of raising money and going toe to toe with the House of Mouse.

(d)  The real reason that Gregory Centineo discouraged anyone going after Walt Disney was not that they were a big bully but the fact that his son, Noah had been a darling of Walt Disney acting in several of their franchises.  And since Noah was a minor, Greg Centineo would want nothing to happen to derail his son's career that he fought so hard to launch and no doubt was also personally profiting from.  As late as 2018, while Greg Centineo was telling some shareholders they could not go after the Walt Disney Company, he and his son were getting paid by them.

(e) If Teen heart throb Noah Centineo's father was suing a major studio, what do you think would happen to Noah Centineo's career?  This is a town that will blacklist established actors at the drop of a hat.  Noah's career would most likely be over.

93.  As I go through the depths of the misrepresentations and lies it is almost beyond belief.  In early May of 2018, I expressed my frustration to the

Gregory Centineo team that it had been four years and nothing had been done to try and recoup the investor money or take over the project.  John King, Julie Natale were also on the call as were some other investors.  I stated that I had had enough and I was going to go forward with my own legal action because nothing was being done.  Since my threat to do an action, many things have happened.

(a)  Gregory Centineo had announced his intention to take over the project as President, clean up everything but he has not said he would do anything to hold anyone accountable.  We have evidence that this is impossible.

(b)  When I announced my frustrations and my intentions to start a legal action, even if I had to do it alone, John King phoned me and asked me succinctly, *"Are you going to go after us?"*  He also said *"Are you pinning this all on us?"*  What greater admission of guilt do you need than statements such as these.

(C)  By the words of the Gregory Centineo team to myself namely if I was going to go after them, drag the project through the mud etc., they have obviously considered some of the ramifications if their true actions were to be exposed.

94.  With respect to my investments, I Interacted directly with John King, Gregory Centineo, Ryan Carroll [CEO of Alpine Studios], Dana Tejeda, Robert Laimo, Peter Velardi and Julie Natale.  I spoke once or twice with Peter

PLEADING TITLE - 81

Velardi on the telephone either before my initial investment of $900,000 or shortly thereafter.  Gregory Centineo was having a difficult time with me grasping some concept about the film and Gregory Centineo set up some calls with Peter Velardi detailing that he is some x-major sophisticated, Ameriprise executive that could explain it to me better.

95. Gregory Centineo would hold live investor calls every month to excite investors with the latest news revolving around the franchise.  Much of this information turned out to be erroneous.  My brother Jeff Meide took meticulous notes during these conference calls which amounted to a total of 37 pages. David Hegland also kept notes.

96.  I invested 7 separate times.  I invested based on the erroneous information that was provided to me.

97.  My first investment was $900,000 on 03-07-2012.  Below are just a few of the representations that were made prior to my March 7, 2012 investment.

(a) On a call with John King, on February 13, 2012, King stated that Investors would be paid first, get their investment back, plus 20% before the studios get paid.

(b) Bonnie Radford had hired Kenny Duncan, the #1 animator in the world from the Disney dream team.  (Bonnie Radford was also a producer of Legend of Oz: Dorothy's Return.

PLEADING TITLE - 82

(c) That Walmart has heard about it and wants in.

(d) Toy Story and Cars do over 2 Billion per year in merchandising.

(e) The movie would be released in 42 languages worldwide. (It never was).

(f) After screening they said it was impossible to make it better.

(g) Every time a cash register opens, we get a cut.

(h) 2nd film Oz Odyssey will be a syndicated musical.

(i) This movie 44 million, all top of the line.

(j) $50K minimum investment.

(k) Centineo or Carroll met a guy from Dallas.  This investor put up 1 million dollars 30 years ago and made over $100 m in 30 years and still getting checks.

(l) 50% of everything forever.

(m)   Projecting $50 million per year in merchandising

(n) Emerald City of Oz owns licensing

(o) Every investor gets 20% return

98.  There was a conference call the following day at 2:00 pm.  On the call from the Gregory Centineo money raising team was Dana Tejeda, Gregory Centineo (Executive Producer) and Ryan Carroll, CEO of Alpine Productions of Burbank, California.  Remember he was banned from money raising and told the

PLEADING TITLE - 83

Press he has nothing to do with money raising.  The following are from the notes from my brother Jeff Meide.

(a) Ryan Carroll contacted Roger Baum 8 years ago, wanted him to sell the 7 separate books to the Wizard.

(b) Ryan Carroll wanted to raise +100 million for Dorothy of Oz and Oz Odyssey to maintain control.

(c) Gregory Centineo said Avatar did 3 billion in film, 6 billion in DVD's – investors got little and structured poorly.  (So can Centineo structure a deal better than James Cameron?).

(d) 120% is paid to investors first.

(e) 3 of 7 books, first 3 will be films.  Next 4 on cable/tv series.

(f) Speaking to Sony, Lion's Gate, Fox, Universal, Paramount, Open Road, Regal, AMC Theatres.

(g) 50% licensing deals already signed even without a trailer.

(h) Franchise is debt free.

(i) Movie will be least performing revenue stream.  It's the driving force to the revenues.

(j) Movie screened in June 2011.  Rated higher than Kung Fu Panda.

(k) Low estimate 324% return in 5 years.  Medium estimate is 674% in 5 years.  High estimate is 1,180% return in 5 years.

PLEADING TITLE - 84

(l) The quarter the film comes out; the next quarter is when investors get paid. This is what the Oz investors were continually told. We heard this on the many investor calls that the Greg Centineo money raising team were hosting.

99. My second investment was on September 19, 2012 in the amount of $500,000.

100. Before the second investment there were a number of calls. The first was March 12, 2012 at 8 pm. Gregory Centineo, Executive Producer and Ryan Carroll, CEO were on the call. Here are just some of the statements that were made that were recorded by Jeff Meide.

    a. Bandai spending million on toys

    b. Virtual world is done

101. A conference call was held on April 11, 2012 at 7:30 p.m. On the call was Dana Tejeda, Gregory Centineo and Ryan Carroll. The following statements were recorded in notes by my brother Jeff Meide.

(a) Franchise is in tremendous shape.

(b) Gregory Centineo said that Will Finn (from Disney) said quality of film is as good as Disney, Dream Works or Pixar could put out. (The critics did not agree.)

PLEADING TITLE - 85

(c) Lion's Gate, Fox, ?? are looking.  Probably will be Lion's Gate.  Lion's Gate has Hunger games and Twilight series.

(d) Ryan Carroll said need to get P&A money to get best deal for franchise

(e) Centineo said P &A probably will be 15 million.  Raising money now for P&A and 2nd movie.

(f) Centineo said if Investors don't come through, we still have to raise the money.

(g) Ryan Carroll said he thinks Digital Content will make the most money for franchise.

(h) During the Q&A it was asked "Any concerns with distribution?  Ryan Carroll replied "No".

(i) Centineo added that Hunger Games did $155 million in 2.5 days.

It is important to note that despite the fact that there was a cease and desist order for Ryan Carroll to solicit investors and that Ryan Carroll told trade magazines he had no part in raising money, he openly and aggressively supported money raising efforts plus asked for Print and Advertising investments.

102.  My third investment was on February 25, 2013 for $250,000.

103.  My fourth investment was on March 5, 2013 for $50,000.

PLEADING TITLE - 86

104.  My fifth investment was on March 7, 2014 for $36,000. [12,000 shares] The amount of money that purchased the shares was incorrectly listed on the stock certificate and this has happened to other shareholders so this might not be a clerical error or possibly more fraud.

105.  My sixth investment was on February 19, 2014 in the amount of $1,000,000 for the P&A financing loan with Emerald City of Oz, LLC.

106.  My seventh investment was on April 23, 2014 in the amount of $250,000 for the P&A financing loan with Emerald City of Oz, LLC.

107.  My eighth investment was on July 25, 2016 in the amount of $500 to Oz Strategies towards a fund to try to take control of the two LLCs.

108.   The plaintiffs in this complaint have invested in Legends of Oz:  Dorothy's Return and have lost the following amounts:  Merlyn Hegland invested $300,000. Kyle Janes invested $200,000. Nathan and Betsy Hill invested $175,000 and Dave Hegland invested $2,500,000.

109.  I went to the premier of Legends of Oz: Dorothy's Return in Hollywood.  It was strange to say the least.  Ryan Carroll who was normally exuberant and the greatest cheerleader for the film looked as somber as if he was at a funeral.  He refused to make a speech and then he unexpectedly closed the open bar at the premier very early.

PLEADING TITLE - 87

110. I later learned that there had been an e-mail from William Sadleir, a novice distributor, a week or so before the release that they should prepare the investors for some disheartening news. Greg Centineo said that Disney killed the film and William Sadleir had a past history of working with Disney. There were some things happening behind the scenes and the Carroll Production team, members of the Gregory Centineo team and members of the William Sadleir-Clarius distribution team were keeping secrets from the shareholders.

111. About one or two days after the film came out, Gregory Centineo hosted a call with guests Charley Walters and David Sugarman. The crux of the call was that everything was going to be alright. And Charley Walters and David Sugarman were going to help promote the film as was Gregory Centineo through social media.

112. In my investigations I started to find some public records of where some of the money was being hidden or protected lest there be lawsuits. For instance, Gregory Centineo has put properties in his former wife's name, Kellee Andes Centineo. John King has put property in his daughter's names and in addition boasts about his easily liquid assets such as his vast watch and Rolex collection, gold bars, Faberge eggs, diamond rings and other assets. John Textor, no stranger to lawsuits has his house, estimated to be worth more than 4 million in

his and his wife's name and we believe he and others known and unknown who

pilfered investor's money have hidden assets.

113. Marc J. Lane's role of an Attorney for the Oz shareholders and

his participation as a full-fledged member of the Gregory Centineo money raising

team is a conflict of interest. He has also represented Greg Centineo, the Carroll

Brothers and Greg Kramer. Marc J. Lane is currently raising money for the Oz

investors to gain control over the two LLCs. I gave $500.00 towards a target of

$100,000. There has been at least $23,000 raised approximately and I was told that

$100,000 is still needed. I got a quote for the work that Marc J. Lane is charging

the shareholders and it was less than 4% of what Marc J. Lane is charging. There

are many issues here. The first is that Gregory Centineo and his team have been

talking about taking back the LLCs for almost 5 years now. I believe, consistent

with everything they say it is just "talk". To do so and reveal the criminal activity

to the shareholders would put those who illegally profited at risk. The second is it

is strange that they can't find any money to do it despite Gregory Centineo's

money raising team earned over 21 million in finder's fees, and in his words, had

enough money left over for two more films and a television series. The third thing

is that Marc J. Lane is treating the shareholders as Greg Centineo has always done

and that is a body of investors to fleece for various projects, to try and resurrect the

failed Oz projects at unrealistic prices for things that will never come into fruition.

PLEADING TITLE - 89

The LLCs have already been stripped of anything of value and cash and are inactive. Fifth is that Marc J. Lane was legal counsel for the celebrated fraudster Kevin Trudeau. Just like he crossed the line in representing Kevin Trudeau he is apparently up to the same old tricks with the Oz investors. For instance, Trudeau was represented by the Law Offices of Marc J. Lane, which specializes in "asset protection." We know as a fact that Marc J. Lane has set up trusts and asset protection structures for members of the Greg Centineo money raising team such as for Greg Kramer, when he sold his medical business for $20,000,000. The FTC also asked the court to hold the law firm and three of the companies in contempt for failing to produce subpoenaed documents. It is my fear that Marc J. Lane is working with the Gregory Centineo team, many of the other defendants in this lawsuit to help them protect their assets by moving them offshore, putting them in trusts and other manners to protect their assets just as he did for Trudeau who is suspected to be keeping much of the money he defrauded from investors[18]. Marc J. Lane's asset protection website is http://www.marcjlane.com/ It is interesting to note that many of the participants in Trudeau's GIN management company that he denied he controlled and actually did, was used to pitch and close investors in the

—————————————  ——— ———

[18] http://www.casewatch.net/ftc/enforcements/trudeau/

PLEADING TITLE - 90

Oz project.  Marc J. Lane also holds the distinction of being a "Super Lawyer[19]" In 2016, the New Jersey Supreme Court Committee on Attorney Advertising called these designations where lawyers rate other lawyers "bogus"[20].

114.  Gregory Centineo was the point man for disseminating information on all aspects of the production, distribution, marketing and licensing of the movie.  We were told the investors owned 50% of all intellectual properties – everything – music, movie, script, all art environments, toys, dolls, games, digital world, mobile apps, all licensing.  There has been some revenue but we have not seen any of it.  Most of the defendants know where the money is going but have withheld from the investors.

115.  I was told repeatedly by King and Centineo that *"the franchise would share in 3300 revenue streams, that no independent studio ever completed something of this magnitude, and we got licensing deals and shelf space."*  We were continually told that what the shareholders had was unprecedented in the history of Hollywood.

_____

[19] https://www.larrybodine.com/lawyers-cheering-the-uncloaking-of-bogus-accolades
[20] https://www.judiciary.state.nj.us/notices/2016/n160518a.pdf

PLEADING TITLE - 91

116.  I challenged Gregory Centineo on the accuracy of the 3300 number in May 2018 and he said he didn't *"remember the exact number but maybe 2000 revenue streams."*

117.  The Carroll brothers hired Sheldon Rabinowitz as a consultant to get distribution for the Legends of Oz: Dorothy's Return.  Obviously, the Carroll's had failed to find a distributor who would touch the film without scrutiny.  Sheldon Rabinowitz had been associated with Walt Disney in the past.  Rabinowitz reached out to another former Walt Disney associate and recommended William Sadleir as the distributor.  William Sadleir had the distinction of never having distributed a film in his life.

118.  William Sadleir of Clarius Entertainment, our distributor, informed Carroll via email that Regal Cinemas, one of the largest theatre circuits in the United States, had unprecedented group sales for Legends of Oz, Dorothy's Return.  This communication was forwarded to me by Julie Natale per the instructions of her boss Gregory Centineo.  The franchise also distributed this email to all investors.  This proved to be inaccurate.  We were told our film would be shown in several theatre chains including but not limited to Frank Theatre chains, Grand Cinemas, Cineplex Theatres and others.  They were not.

119.  Summertime Entertainment was the production company headed by Ryan and Roland Carroll who were sole owners as far as I know.  They owned

PLEADING TITLE - 92

Alpine Studios.  They also raised money separately for Alpine Studios.  My

investment went into a Limited Liability Company, Emerald City of Oz, LLC

which then in turn invested in Summertime Entertainment.  It will become

apparent how the front companies were used to funnel money to various parties

including but not limited to the production team and the money raising team.

120.  I was told by Gregory Centineo when Carroll signed the short

form distribution deal with Clarius in November 2012, (long version signed March

2013) Gregory Centineo was "pushed out by Ryan Carroll, meaning Gregory

Centineo wasn't allowed to talk about the story of the franchise anymore, meaning

he was cut off from pertinent information for the shareholders, as Gregory

Centineo stated.  Greg Centineo and his investor team had a fiduciary duty to

communicate to all the investors anything material that would affect their

investment.  If I would have known this information, I would have ceased to invest

in the company meaning I would not have invested 5 more times or an additional

$1,586,000.  Of course, this may have been just another ruse to excuse Gregory

Centineo for giving any information or to try and protect him should the criminal

activity leak out.  He then could deny he knew anything because he was frozen out.

121.  The Emerald City of Oz offering was for a total of 77 million

excluding fees and commissions.  Outside of the offering, they solicited additional

funds from a limited number of investors (the larger ones) as they did not have

PLEADING TITLE - 93

enough to fulfill obligations for the print and advertising budget that Clarius was handling.

122.   It turned out that Clarius Entertainment continued to co-mingle funds diverting investments during and after our project[21].  He and his team made their money by not putting in the matching funds they agreed to do for prints and advertising and basically keeping as much money as possible.

123.   William Sadleir needed the shareholders to put up approximately 15 million dollars or more for prints and advertising as a loan or part of a convertible investment and he would match the money.  Once investor money was in, he reneged on his representation and yet again, the shareholders were extorted and with their lucrative franchise held hostage yet again.   Sadleir stole millions from the Legends of Oz: Dorothy's Return investors.  He worked with his CFO and his director of publicity and chief financial officer to do this. William Sadleir took these funds and his two principal co-conspirators and after shafting a few other parties, re-emerged as the Chairman of the Board and a founder of Aviron Pictures.  His two major co-conspirators from Clarius, Claire Heath went on to become Senior Vice President of Publicity and Promotion and

---

[21] https://www.hollywoodreporter.com/thr-esq/peter-bogdanovich-movie-arbitration-distribution-819557
PLEADING TITLE - 94

Judi Becker became Senior Vice President of Finance and Accounting.  It is my belief from newly discovered information that Rabinowitz and Sadleir were part of a larger group to destroy what was left of our film and profited greatly from their misdeeds.

124.  William Sadleir had a longstanding relationship with Walt Disney Co.  In fact, they were once partners.  William Sadleir was CEO of Tempus Entertainment, a joint venture with The Walt Disney Company/ABC Multimedia. Print and Acquisition funding for Aviron Pictures comes through Aviron Capital, a consortium of financiers including principal William Sadleir (Legends of Oz investor money).  Aviron Capital is an asset-backed senior lender with financing by BlackRock, the world's largest asset manager with over 7 trillion dollars under management.   So why would BlackRock back an unknown small start- up Entertainment Company with a rogue's gallery of people with a dark past?  On the surface it does not make sense until one probes deeper.  Gregory Centineo told the animation magazine Cartoon Brew the following on May 16, 2014 *"The project is not owned by a studio. It's owned by individuals. Hundreds of people around the country and the world literally invested in this project. We're nobodies in this industry. And we stepped into a deep, deep ocean, with some very, very big sharks. Some of those mainstream critics have not just trashed the movie, but literally tried to crush it. When you read how belligerent they are against the project – against*

*the film – compared to the audience reviews, it speaks for itself. You don't have to be a rocket scientist to figure out something is wrong there."*

125. If Disney felt threatened by an independently financed and produced animation feature being successful, they would have incentive to give the struggling Legends of Oz: Dorothy's Return the deathblow. All they would have to do is tell their former partner, William Sadleir to kill the distribution. Disney could tell the theaters to drop the film, something they have a documented history of doing. Clarius now pockets millions of dollars they do not have to spend in prints and advertising for the 4,000 + theatres and they keep the money confident that no one will do anything. The investors have no power and the rest are knee deep in criminal acts and conspiracies. Sadleir gets his first payoff for killing the film.

126. Ryan Carroll hired John Gatti with Manatt Phelps & Phillips, LLP to sue Clarius and William Sadleir. Only one of the LLC's, Dorothy of Oz, was the Plaintiff. After 4 years in litigation and a $200,000 (@ $800/hr.) retainer, the suit has stalled and there were no results from this action. Our company Emerald City of Oz, LLC was not even a plaintiff. It is my understanding we still owe Gatti an additional $200,000. If the studios were involved, it would explain Mr. Gatti's inaction. John Gatti's bio on his website reads as follows "*John's experience in the entertainment, media, sports, Internet and gaming industries*

*includes representation of studios, television networks, film financers, talent, gaming and sports entities, and independent entertainment production companies.*" John Gatti represents movie studios.

128.   John Gatti is also a boyhood friend of Ryan Carroll.  I was told that John Gatti has all the information, distribution contracts, etc.  It is interesting to note that we were told that the legal action stopped because Summertime ran out of money.  In reality, about the time the litigation stopped, the Dorothy of Oz, LLC was sold and the Carroll brothers disappeared.  Emerald City of Oz, LLC which was to share revenues with Dorothy of Oz, LLC was also sold but this was hid from the shareholders.  Winning this case would be a lose-lose proposition as it would have exposed the Carroll's fraud.  Both sides would be exposed for their criminal behavior and we (the plaintiffs) believe the case was just a front to buy time for the Carrolls to cash out the rest of their holdings and disappear.

129.   John M. Gatti filed a Demand for Arbitration against William Sadleir and his companies for the following:  1. Breach of Contract, 2.Breach of Implied Covenant of Good Faith and Fair Dealing, 3. Promissory Fraud, 4. Intentional Fraud, 5. Conversion, 6.Unjust Enrichment, 7.Business & Professional Code 17200, 8. Negligent Misrepresentation & 9. Accounting.  Many of these are allegations are criminal activity.  Does John M. Gatti report the criminal activity and theft and fraud to the authorities?  Drag the defendants into criminal court?  Of

course not.  John M. Gatti is first and foremost an officer of the court and owes them the highest loyalty, even higher than his clients.  Instead, Gatti becomes the Defense attorney for Ryan Carroll and William Sadleir and his companies in another legal complaint committing professional misconduct through a conflict of interest.   John Gatti is considered one of Hollywood's top 100 power lawyers[22]. The excuse that was given why the litigation against William Sadleir ceased was because Summertime ran out of money to pay Gatti.  We believe that John Gatti profited from the conspiracy in several ways including participating in the crimes as well as not reporting the crimes to authorities against the many participants, many of which were not his clients but could adversely affect his earning and his good friend Ryan Carroll.

130.  Gregory Centineo repeatedly told me that, "*many people told him that what we accomplished, we did the impossible*."  One high level executive told him that we didn't know how you didn't have a red dot on your forehead.  The impossible was that no independent big budget animation film had ever raised 120 plus million from private investors and another 15 or so million for distribution. He also said that "*Disney, Dreamworks and Pixar are the 3 majors that have*

------

[22] https://www.hollywoodreporter.com/lists/power-lawyers-2018-hollywoods-top-100-attorneys-1097287/item/warren-dern-power-lawyers-2018-1097324

*monopolized the animation industry for nearly 30 years and an unwritten rule is you only release one animation movie at a time and allow at least 3 weeks of run time. Every year, there are a limited number of animation movies that can be distributed.*" Greg Centineo continually repeats we were a threat to the status quo in the monopolized animation industry.

131. Says Gregory Centineo "*If our movie had any bit of success, the franchise would have been on covers of magazines, tv shows, etc. and how 1700 investors did the impossible and enough money was raised to go eye to eye with the big studios and that would prompt the hundreds of other independent studios to follow suit and that would destroy the animation movie industry because it would start an influx of animated movies*" says Centineo. He also stated before and after the film's release that if the movie was a success, it would have produced many millionaires and multimillionaires and they wouldn't have to worry about their kids and grandkids."

132. Gregory Centineo informed me, "*that at Cannes film festival before the release, a Disney executive congratulated Carroll and told him they should talk later about their second film.*" He also stated, "*Will Finn, an x-animator from Disney who worked on our film, said the quality of our film is as good as Disney, DreamWorks or Pixar could put out.*" Of course, that contradicts the critics.

PLEADING TITLE - 99

133.  Two days before the launch of the film William Sadleir e-mailed Ryan Carroll and Greg Centineo and advised them to prepare the investors for the worst.  To my knowledge, <u>there was reason cited for this contrarian information about the project</u>.  How could William Sadleir know the film would not perform beforehand?

134.  Six weeks before the premier in Hollywood, William Sadleir e-mailed Ryan Carroll and Greg Centineo stating that things are great and Regal Cinemas was experiencing unprecedented group sales.   Along with this great news came yet another pitch for money.  William Sadleir suggested an additional 1.2 million which would be required to increase the number of screens from 4,000 to 4,400.   Several Oz investors put in money for this yet another P&A money raise.  William Sadleir stole this money.  The number of screens did not change, in fact, they decreased.  Gregory Centineo stated he gave money to the P&A fund.

135.  At the premiere, one week before the release of the movie, William Sadleir told John King that, "*We'd be lucky if the movie stayed in the box office through Memorial Day Weekend!!!*"  King was flabbergasted, he stated.  It only lasted three weeks in the theaters.

136. "At the movie premier party, Ryan Carroll was so distraught that he didn't want to stand up at the party and talk to the investors" said Gregory Centineo.  This baffled Centineo I was told.  I witnessed Ryan Carroll the same

weekend having such a depressed expression on his face that I was befuddled too. Centineo and I were in agreement on one thing, months after the fact, that Carroll knew the movie would bomb.

137. We contacted a former executive of Paramount Pictures with over 40 projects to his credit and received his cursory comments on the offering document. These are listed below:

c. The offering documents were so out of line with industry standards to be, in his words, "criminal."

d. Typically, on a similar budget, the production company or the producers will receive 2-3% of budget. The producers of Legends of Oz were taking 20% of the gross budget. (They were also apparently taking 50% of profits after the investors were repaid 120%)

e. In addition, expenses are always capped at 1-2% of budget.

f. Other Offering expenses including broker-dealers at 15%.

g. The most egregious action that was pointed out by this Industry veteran was that no independent film, with that type of budget, had ever been successful in the history of Hollywood without the participation of a major studio.

138. It has now been surmised that there was no way possible a major studio or distributor would ever accept the terms in the Offering Document.

Some of the studios that were reportedly approached were Sony, Lionsgate, Fox, Universal, Paramount, Open Road, OMG and Warner Brothers.   We were told that they liked the project, but the ownership percentages and revenue sharing were unacceptable to them.  Our film was shown to all our competition.

139.     We were told by Ryan Carroll Summertime eventually entered into a P&A agreement with OMG in which OMG would put in 50 million of their own money.  A contract was signed but shortly thereafter they went bankrupt and therefore couldn't participate.

140.     There were also negotiations with a distributor called Open Road, investors were told.  The catch was they wanted 30 million for prints and advertising.  Centineo told the investors that this would result in another two-year delay to raise the money.  The investors were anxious to have the film released with no more calls for additional funds.

141.     It became known to me that no distributor wanted the film and they were turned down repeatedly.  I was told by John King and Gregory Centineo that the majors would decline because 20% was not worth it to them.

142.     The agreement with Clarius was signed because William Sadleir represented that Clarius Entertainment would put in 22 million of their own

money after the investors would put in 12 million separately in the form of a P&A loan. We've heard many numbers but 12 million is the most common. It was our understanding that this P&A loan was secured.  William Sadleir represented that the 22 million would be put in.  It wasn't.

143.    Sadleir never put in 22 million yet he still took 50 percent of the theatre receipts which was roughly 9.5 million in addition to the shareholder money he kept.  Why were the investors on the hook for a loan?

144.    The law firm hired by Ryan Carroll to do the deal was O'Melveny Law Firm in LA and we do not know the name of the lead lawyer yet.  The document was over 1000 pages.  *"O'Melveny did not due its due diligence in obtaining a deposit for the 20 million from Sadleir,"* says Gregory Centineo.

145.    It would be hard to believe that Clarius or our entertainment lawyers never saw what every other distributor saw, specifically that the film, as structured, was not a viable project by any industry standards and any real success for this film was impossible.

146.    Gregg Centineo has told the shareholders via podcasts and individual conversations that he thinks if he gets the word out that he raised the money and how Clarius stole the money, that the publicity would bring in someone to relaunch the film.  These are in his podcasts.  He has made these

comments to investors for the last two to three years, especially myself. I believe they are stalling to lull us investors to inaction.

147.    When Legends of Oz: Dorothy's Return was released to disastrous numbers, I went to some theaters in the Jacksonville area and found the posters, marketing materials and stand-up displays had not even been unpacked. Other investors had seen the same in their areas. I also learned that certain theaters were playing the movie at odd times, early morning and late night when our target audience, children, could not attend.

148.    Clarius Entertainment failed to use investor funds for its stated purpose namely to get people in the seats of the theaters. We were told by Gregory Centineo that "*Clarius only spent $20,000 on social media*" and this allegedly infuriated Centineo. The balance of funds, of course, were never returned but co-mingled and used for other projects of theirs.

149.    In reviewing the PPM, nowhere does it state how much the founders, officers and directors own of the shares and the warrants and their fully diluted ownership nor does it state who these founders, officers and directors are. I believe Gregory Centineo on an investor call the opening weekend told the participants that him and his family and relatives owned 12 million shares or 12 million dollars' worth of shares in the franchise.

PLEADING TITLE - 104

Did he pay for these?  Several years later he told me he owned 1.5 million shares and this baffled me.

150.     Charley Walters was retained by Summertime Entertainment to provide marketing services for the film including grass root efforts, social media and typical movie marketing as I understood it.  He worked for Summertime for approximately seven years maybe more.  William Sadleir told Summertime and Charley Walters that he has his own in-house team for all those services and Walters was not needed so Carroll fired him.  Our investment money, either it didn't go where it was intended, or it was squandered or both.  May 24, 2018 I was told by John Textor that our monies went to pay off debt, debt from either the Carroll's, Summertime or Sadleir.

151.     May 24, 2018 Charley Walters and I were in an email discussion and he informed me Disney and Clarius (William Sadleir) were in discussions around the release of Oz, The Great and Powerful.  This now makes sense.

152.     Walters also said "*Disney had specific conversations with William Sadleir of Clarius about not "interfering" with their release plans with the Legends release, which could have a negative impact on success, and he has records of these exchanges.  I held on to all this just in case!*"  Walters never informed any of the investors the information he obtained on this

questionable and arguably illegal actions.  Walters did nothing.  At the time, he was getting paid.  He only started mentioning Disney and others after he heard rumors there may be a lawsuit.

153.    There was an animation movie set to release by Disney 3 weeks after Legends, but at the last minute was canceled and rescheduled for a year later.

154.    William Sadleir stated on one of our investors calls that Mediacom invested in Clarius and gets media rates at the same rate as the major studios.  He also stated he has relationships with Regal Cinemas and AMC and that he stated he had a successful track record.

155.    John King always told me that he was a million-dollar investor in the project and invested 10 separate times.  He told me this to encourage me to invest and I know now King's statements are incorrect.    King also told me many months after the release that, "Greg Centineo is the only one who made money from the project.

156.    During Gregory Centineo's investor conference calls a year or two before the release of the movie, he made claims stating a group of Chinese investors wanted to invest 10 million into the project, some X-CEO of Sony wanted to come in for 20 million, Will Smith's camp wanted to invest 25 million, Janet Jackson wanted to invest and James Cameron wanted to

invest the entire remaining shares but always at the 11th hour, these people bailed. This is what John King told me after I always inquired about these big-named people. The statements made by Gregory Centineo were to entice investors into investing more money into the franchise.

157.    It was reported that Alpine raised an additional 75 million from Chinese investors though a 150-million-dollar partnership utilizing U.S. Chinese film co-production and distribution through CEO Christie Hsiao's Serenity Media Group. Hsiao's website says she has produced several independent films including the Gold Retrievers and Dorothy of Oz. That would make her a partner with the Carroll Production Team. While she mentions she is a producer for the Gold Retrievers, she mentions the top stars except Noah Centineo. If there was Chinese money separately raised for Legends of Oz, where is it and where are the Carroll Brothers and the other members of the Carroll production team?

158.    In a conversation with Greg Centineo approximately in 2016, he mentioned that he doesn't talk to Dana Tejeda anymore and began to tell me a story how she had the investor list and was calling on different investors trying to solicit different investments from them.

159.    I believe in 2011-2012 there was a blogger that was posting things on the internet about Summertime, the Carroll brothers and Greg Centineo that

upset Centineo considerably, probably because they were exposed. He

hired an attorney, Marc J. Lane to deal with this issue and eventually it

stopped.

160.    Marc Lane states in a recorded call on 7-12-2016 that we need to

make sure we get the LLC's back into law and management installed in the

LLC's and to have transparency with the franchise. And that he wants to

know the balance sheets of the LLC's.

161.    In a recent podcast dated March 2018, Marc Lane and Gregory

Centineo are soliciting for funds to go towards '*hoping to save our

investment*.' Peter Velardi, an Oz investor, was also on several podcasts

soliciting money. Greg Centineo told me Peter Velardi is worth $12 million

dollars.

162.    OzStrategies.com is the website that solicits fund from investors. At

first it was to take control back of the franchise. Today it is more about

K1s. At the time of writing the mission is "In 2016, a few of us decided to

try and sort out what is going on with our franchise which was sitting in

limbo". My research shows the franchise is far from sitting in limbo. It is

actually earning money, just not for the investors. The Greg Centineo

money raising team knows this but will not tell anyone the truth as they

have been busy harvesting the shareholder list for other failed ventures.

PLEADING TITLE - 108

163.     Dorothy of Oz owned the copyrights and Legends of Oz owned the licensing and the two were supposed to work together, old investors and new. I recently learned that according to the US. Copyright Office that as of March 25, 2014 Relativity Media owned the Legends of Oz: Dorothy's Return theatrical motion picture. Through a security agreement and copyright mortgage. It looks as if, the Carrolls' may have borrowed money against Legends of Oz; Dorothy's Return before it was released pledging the theatrical revenues. Why the film was leveraged for borrowing funds will become apparent. In the Dorothy of Oz, LLC private placement it is stated that they will protect the copyrights.

164.     Despite what Greg Centineo and his money raising team have been telling us, I learned that we have lost legends of Oz: Dorothy's Return forever. The shareholders I have shared this with are livid because we have been continually told that Greg Centineo will have us earning money on Legends of Oz: Dorothy's Return. We are in agreement that if Greg Centineo and his team would have been truthful about losing the film, those of us Oz investors who collectively put millions of dollars in Greg Centineo and Greg Centineo John Textor ventures would never have done so.

165.    If I can find this out, we can expect much more to come out in

discovery, subpoenas and document production.  The important points

here are these:

(a).  The Carroll Production team and the Greg Centineo money

raising team kept this information from the shareholders while the latter

continued to harvest funds from investors and the former skipped town with

untold millions.  They knew this at the time of the release yet have never

informed the shareholders and have kept this ruse going for over 5 years

trying to outrun the statutes.  Statutes reset when there is newly discovered

information.  It seems not a week goes by when we do not discover new

information about this scam.

(b).  It would explain why Ryan Carroll was so crest fallen at the

premier and the emails told that the investors should brace for the worst.

(c).  William Sadleir and Clarius must have known and may even

have participated in this scheme to rip the franchise and licensing away from

the Legends of Oz investors.

(d) The fact that Gregory Centineo, the man who claims he raised

over 120 million for the film and is still concealing the copyrights and the

film are long gone is criminal.  The fact that he continues to lull investors that

someway he is going to take back control the film is criminal.  The fact he continued to raise capital and did not disclose this is criminal.

155.  The copyrights and ownership of the film for which over 125 million was paid was illegally mortgaged, lost and passed through many hands.  Relativity Media went bankrupt.  Records at the U.S. Copyright office suggest our film and others were purchased during a bankruptcy.  That means whoever owns Legends of Oz: Dorothy's Return now owes nothing as the bankruptcy would have discharged all loans, interest and royalties to be paid.  Whoever owns Legends of Oz: Dorothy's Return through a Panama company has to pay nothing to the investors or anyone forever.

156.  Because the new owners of our film are offshore, we have no way of knowing who truly owns it and if owners may be in fact some of the defendants in this action.  We were told by a Hollywood insider that sometimes distribution companies declare bankruptcy and have a third party put in a low offer to buy the films just to discharge all the monies owing.

157.  In 2016, many Oz investors were solicited by Jack Honour with Stereovision stating that they owned or purchased the rights of our franchise and if "we" wanted any chance to save our investment in Legends of Oz, it would be appropriate to purchase shares in their company which would form a newly publicly traded company.  I believe Alpine and the Carrolls sold

their remaining assets to Stereovision as Greg Centineo told me this.  The investor list came with the Oz assets and of course, everyone was solicited as usual with the regular arm twisting and extortionist pleas.  Stereovision didn't waste any time exploiting the shareholder list to raise money.

154.  I ended up giving Stereovision $5,000 and requested my money back after Greg Centineo informed me that Marc Lane had done some research on this company, talked to Steven Previch with Inspirational Vision Media, Inc. (IVM) and John "Jack" Honour with Stereovision and said this was a big scam as they were soliciting all the Oz investors pitching this debenture to them and acquiring money from them.  This is what upset Greg Centineo the most is that they had access to his shareholder list.  Honour did refund me my money.  It is important to note that I did not understand and was not told that Stereovision was buying Dorothy of Oz, LLC or Emerald City of Oz, LLC. Obviously if I or other shareholders knew this was part of the package, we would have hit the roof.

155.  The costs for production of the Legends of Oz: Dorothy's Return, namely the fees typically paid to the producers was 400% – 800%

higher than normal for an independently produced film[23] which is typically in the 2% to 5% range with a performance bonus on the back end. The producers, Summertime Entertainment took over 20% of the capital raised according to the PPM and possibly closer to 40% or more. This could explain why the film was "over-financed" compared to similar films as the producers (and the Gregory Centineo money raising team) had an incentive to raise as much money as possible. Therefore, not only did the Gregory Centineo money raising team talk and walk the investors into a scandalously deal by any industry standards, the money was given to a team with a history of misleading shareholders and box office failures. Therefore, the Gregory Centineo money raising team gave shareholder funds to a production company that was gouging the shareholders, had a history of unethical and criminal behavior when it came to fundraising and probably most egregious lacked the experience and a track record in the industry. In addition, the property the investors were sold on was highly overvalued to the point of being ridiculous.

167. The Gregory Centineo team breached their fiduciary duties[24] by accepting personal compensations in addition to their commissions. The

---

[23] http://www.indiewire.com/2011/08/how-much-does-an-american-indie-producer-get-paid-177871/
[24] https://www.thebalance.com/the-fiduciary-duty-for-investors-357219

PLEADING TITLE - 113

Gregory Centineo team had a duty of care to treat investors' money better with a higher standard than their own.  There should be no mistake that their first and only loyalty was to the investors.  However, through nepotism, members of the Gregory Centineo money raising team had employment, travel and other lavish benefits.  I believe this is another reason why the Gregory Centineo team denied us the audited statements promised in the Offering Memorandum.  Having raised so much money, the Gregory Centineo team had the leverage to demand a level of governance and accountability unless, of course, their goal was to hide any accounting from the shareholders so there would be no transparency, no paper trial, or raise suspicions that their investments had been subverted. According to the link below, at www.thebalance.com:

> "Whenever you are dealing with someone to whom you will entrust your money, such as a registered investment advisor or a bank trust department, it is nice to know that, in the United States, they owe you what is known as fiduciary duty.  This is not to be taken lightly because under the American legal system, fiduciary duty is the highest duty owed to another person.  It requires the fiduciary (the person(s) with the obligation) to put the interest of the principal (the person to whom they own the fiduciary duty) above their own.  This requirement to act in their best interest includes disclosing any conflicts of interest that may arise so they can be known ahead of time, leveling the playing field.  Breaching the

*fiduciary duty can result in draconian punishments, including being barred from*

*employment in certain fields, being banned from working with certain types of*

*securities, being forced to pay significant civil and criminal penalties, the loss of*

*employment, and, in some cases, felony conviction with accompanying jail time."*

168.    Normally the production company has insurance to indemnify all the

Producers so if there was a cause to sue the producers, the company would

take care of the lawsuit and potential liabilities.  However, Insurance does

not cover losses due to fraud and deceit.

169.    We believe that the team has been hiding funds in case they are ever

sued or indicted.  Even though Gregory Centineo is divorced from his wife,

they have conspired to hide assets by putting real estate in both their names.

Many of the Greg Centineo money raising team, including Greg Centineo

personally use Attorney Marc J. Lane who holds himself out to be an expert

on offshore money protection and assisted Kevin Trudeau in moving and

hiding his funds offshore.  They may also be involved in money laundering.

I also note that members of the Gregory Centineo team such of the Kings

hold a lot of assets in easily disposable assets such as gold and diamond

watches, diamond rings, Fabergé eggs, and other high value items that could

not be traced and easily liquidated and of course not be attached.

https://www.nytimes.com/2018/06/08/us/politics/trump-marijuana-bill-states.html.  John King also told me he has substantial holdings in gold.

170.      According to Internet Movie Database (IMDB) Greg Centineo is now producing two new movies.

171.      On May 23, 2018 Gregory Centineo told me *that after the movie bombed, John King got an anonymous call from someone stating it was Disney that did it, but we wouldn't find out for years*."  Guess we found out early.

172.      John aka Jack Honour is Chairman and CEO of StereoVision Entertainment.  He was involved with raising money from the Legends of Oz: Dorothy's Return shareholders but never disclosed they were purchasing the investment vehicles.  In late May, 2016, three years after Legends of Oz:  Dorothy's Return had bombed, he wrote an email soliciting more investment, stating the following "*Due to the enthusiastic reception for our recently offered SVE-IVM Joint Venture opportunity, we're preparing another round of funding as to continue developing shareholder value, and include as many of the accredited investor members of the Dorothy of oz LLC (DOZ) and Emerald city of Oz LLC., (ECOZ) as possible.  Meanwhile, we're working with IVM's general counsel to try and find a way to reconcile some of the many cases we've discovered of*

PLEADING TITLE - 116

*investors who have lost most or all of their life savings in their DOZ and/or*

*ECOZ investment. The numerous regulatory violations assessed*

*notwithstanding; these Oz members misfortunes have gone unaddressed for*

*far too long."* It seems everyone who got hold of the Legends of Oz:

Dorothy's Return shareholder list used it to tell us all that their investment

was the one to make us whole again. It also seems that everyone who looks

at the activities of the Carroll and Centineo team sees the "many regulatory

violations".

173.     Steve Previch was also involved in the solicitation of the Legend of

Oz: Dorothy's Return investors and also withheld they were purchasing the

two Legends of Oz investment vehicles.

174.     Frank Patterson, who directly profited from my investment in Pulse

Evolution, told me that my investment in Legends of Oz: Dorothy's Return

would be ok.

175.     Attorney Laura Anthony who has been called the "Queen of the

Penny Stock Lawyers" has been linked to many public companies regarded

as pump and dump scams and insider enrichment schemes. She continually

acts for John Textor's public companies. Greg Centineo and John Textor

were the founders of Pulse Evolution and the Greg Centineo money raising

team, this time utilizing John Textor who was back in business exploiting

the Oz investors list with the help of securities Attorney Laura Anthony. She knew or should have known about the unsavory history of her clients and their well-earned reputation for skirting or ignoring security laws.   It was Laura Anthony that provided the public shell for Pulse Evolution and she is currently involved with another Public company that purchased two failed Textor ventures.  After the purchase, Textor became the controlling shareholder.   Many members of the Greg Centineo team, including Greg Centineo (Co-founder of Pulse Evolution) steered investors to Laura Anthony.  Many of these investors, such as myself are investors in the Legends of Oz: Dorothy's Return film and the Greg Centineo team, omitting that the film is lost forever, continues to milk the Oz investor list for deal after deal after deal.  Laura Anthony, who often acts as their security attorney is well aware that the leaders of the Greg Centineo money raising team are not registered broker dealers.  Laura Anthony is being sued again for costing a client over 8 million dollars in a breach of contract, legal malpractice and breach of fiduciary duty filed June 13, 2019 in the Southern District of Florida.

176.     On one of the last occasions I spoke with Greg Centineo and members of this money raising team I told him that if no one was going to try to find out what happened to our investment, I would be filing a complaint and

doing a documentary on the fiasco. His response was that he was considering doing a show on what happened with Legends of Oz and that he was also considering a lawsuit. It is now obvious that Greg Centineo could not do either as it would expose his illegal past and illicit profits.

177.   Greg Centineo told us that Ryan Carrol was destitute and a victim like everyone else yet we know he took at least 20-30 million dollars. If Greg Centineo was to sue or expose the Carroll Brothers, he could not do so without indicting himself. The Carrolls would have no choice but to expose the Greg Centineo money raising team and Noah Centineo.

178.   Greg Centineo told me that if I went after Disney, I could have a "red dot" on my forehead meaning they would try to kill me. Tough punishment for a shareholder in Emerald City of Oz, LLC who just wants answers of what happened to his investment. The Centineo family (and team) profited greatly by Noah Centineo being employed by Disney before, during and after the film flop and as late as 2018. Greg Centineo blamed Disney openly in the press after the bomb then quickly changed and pointed fingers at other parties. Greg Centineo deflected, obstructed and discouraged anyone going after Disney as it would destroy young Noah Centineo's career, not only with Disney but likely with other Studios, independent producers and streaming services such as Netflix.

179.     Greg Centineo also blamed William Sadleir and his Clarius organization.  Consistent with hiding the truth, Greg Centineo also deflected, obstructed and discouraged anyone from going after Sadleir and his team that was accused of killing the film and keeping as much as twelve million dollars that was supposed to be used for prints and advertising.  The shareholders paid for and were promised release on 4400 domestic screens.  Avengers: Endgame, at the time of this writing opened on 4662 screens and has become the highest grossing film of all time earning over 2.7 billion.  Sadleir could not kill Legends of Oz fast enough.  I believe he was never sued for his theft of millions because he could take down the Carrolls and the Greg Centineo money raising team with him and thus he was also protected by Greg Centineo.

180.     Kevin Trudeau was without a doubt the biggest factor in raising the money for the film working with John King and expanding the Greg Centineo money raising team to include his Global Information Network members.  Greg Centineo has never mentioned holding Kevin Trudeau liable.  To do so would show he was complicit with the convicted felon and a party to his massive securities fraud, wire fraud and wholesale misrepresentations by his team.  Trudeau could make good on the promise

of the GIN network in teaching its members to make money by paying them

rich commission for selling the Legends of Oz opportunity.

181.    Greg Centineo and the defendants in this case, for the most part are

still engaged in actively hiding the truth.  They have obstructed and hidden

the truth that the Legends of Oz was lost and there are new owners while

many of the shareholders still believe Greg Centineo that one day, they will

reap profits from their investment and therefore have yet to take action.

182.    Several money raisers in similar ventures to Legends of Oz: Dorothy's

Return have been indicted or are in Jail.

a.  Gigapix Studios, Inc raised over 20 million dollars from over 130

investors.  In June of 2013 four individuals were indicted in the

Central District of California on 21 counts including Mail Fraud, Wire

Fraud, Attempted Wire Fraud, Sale of Unregistered Securities and

Aiding and Abetting.   They set out to produce a Wizard of Oz film in

3D and lured investors with the familiar pitch that the original was

one of the greatest movies of all time.  Like the Carroll brothers, they

received cease and desist orders from numerous states including

Oregon, Alabama, Washington, Colorado and California.  They also

utilized a boiler room to cold call investors just as the Carroll's did

and promised large returns on investments.  The two ringleaders are

serving 8- and 5-year prison sentences.  They were also ordered to pay more than 34 million in restitution in restitution to the investors.

b. In a similar Indie Film Scam, FBI and IRS agents arrested 18 people on fraud and money laundering charges for another boiler room-based scam that solicited "25 million is so called investments in indie films with false promises of up to 1,000% returns".  Movies were produced but the indictments alleged that the defendants lied, gave half-truths and concealed material facts from investors just as what happened to the Legends of Oz: Dorothy's Return's investors.  Indictments also included conspiracy, mail fraud and tax charges. The indictment alleged that the defendants collected approximately 15 million dollars for a film called *From Mexico with Love* (Overfinanced like Legends of Oz: Dorothy's Return) from about 450 investors.  The movie cost only 5 million to produce and only generated $550,000 during its theatrical release.  The defendants also raised about 2.7 million for another film with that was never made.  Another related indictment had 45 charges against a dozen defendants.  According to an article in Deadline, April 12, 2016, Paul Baker, the 11th defendant in the scheme that defrauded investors of more than 17 million was sentenced to 11 years in federal prison and ordered to pay 2.7 million

in restitution.  He was convicted in 2012 on charges of conspiracy, mail fraud, wire fraud and the sale of unregistered securities.  Court records show that the defendants lied, gave half-truths and concealed material facts from investors around the country.

c.  Samuel Braslau, a California Attorney, was convicted of eleven counts of mail fraud, five counts of wire fraud and one count of making false statements to an attorney for the Securities and Exchange Commission and received an 87-month sentence and a restitution order in the amount of $ 1,618,697.  There were three other co-defendants that collectively caused about 70 investors nationwide to lose nearly 1.8 million for raising money for a film called "The Smuggler".  These investors, as in with Legends of Oz: Dorothy's return was told they were first in line to receive any revenue.

d.  An article in movie maker magazine "Swindler's List: Seven Tips for Avoiding the Scam in Hollywood, February 10, 2017, listed mistake three of relying on so-called "finders" and misunderstanding securities law.  The article states *"However, a finder who has no ownership in the production company itself, (None of the Greg Centineo team had ownership in the Carroll Brothers' production company and were kept apart because of cease and desist orders and settlements) and is*

PLEADING TITLE - 123

*contracted to introduce passive investors to the actual owners of the*

*production company, is acting within the definition of a "securities*

*broker." Unless that individual finder has a bone fide securities*

*broker license, his actions are criminal."*

https://www.moviemaker.com/archives/series/cinema_law/avoiding-the-scam-in-hollywood/

### Legends of Oz; Dorothy's Return

### Timeline of Events – Addendum to Statement of Facts

1. October 8, 2004:  According to the **Dorothy of Oz, LLC** PPM dated April 15, 2019, Neil L. Kaufman is granted a discharge in a personal bankruptcy.

2. 2006:  **Dorothy of Oz, LLC** is incorporated.

3. July 2006:  **Dorothy of Oz, LLC** does an offering for 20 million to finance the Dorothy of Oz movie.  They do this primarily with a boiler room company they own cold-calling high net worth individuals across the United States.  The 20 million stated in their offering document covers the entire cost of the film plus producer profits and commissions.

4. February 28, 2008:  **Dorothy of Oz, LLC**, according to disclosures in their April 15, 2009 PPM, entered into an offer for settlement with the Pennsylvania Securities commission and paid a fine for selling unregistered securities.

5. <u>February 18, 2009:</u> **Dorothy of Oz, LLC**, according to disclosures in their April 15, 2009 PPM, agreed not to offer the sale of unregistered securities in the State of Texas.

6. <u>April 15, 2009:</u> **Dorothy of Oz, LLC** doing business as **Box Office Productions III LLC** does a Reg D, 506 Private Placement Memorandum to raise 24,000,000 at $ 1.00 per share.  The sole Manager is **Neil L. Kaufman**, long term associate and fellow producer with the Carroll Brothers. **Neil L. Kaufman** receives 1% of the LLC.  This number is meaningless as we have never been told the total number of shares that were sold or are outstanding in the Oz companies.  The document authorizes 22% off the top to the Manager of the Gross proceeds plus up to 15% to be paid as commissions to broker dealers and finders.  The budget states that the cost of producing Legends of Oz: Dorothy's Return is 24 million dollars.  The Net proceeds are 18,700,000.  The cost of the film at this point is 24 million yet the **Greg Centineo Money raising team** and the accounting claim at 112 million was raised.  That is a difference of 88 million dollars.   And distribution money (Prints and Advertising) was raised separately.  Dave Hegland, one of the plaintiffs purchases shares off this Private Placement as do other plaintiffs.  Dave Hegland was cold called by a man working for the **Ryan Carroll** named Steve Hall.

7. <u>May 2009:</u> Julie Natalie (Girlfriend of Greg Centineo) becomes an associate producer at Summertime Entertainment from May 2009-April 2014[25].  Her current title is "Director of Inspiration at gregcentineo.com.

---

[25] https://www.linkedin.com/in/julie-natale-823a82,31/
PLEADING TITLE - 125

8. <u>October 26, 2009:</u>  Alabama Securities Commission vs Dorothy of Oz, LLC & Box office productions III, LLC issues a cease and desist order.

9. <u>November 5, 2009:</u>  **Emerald City of Oz, LLC** is registered in the State of Nevada[26].  The sole officer is **Jeff Urdank**.  The Agent resigned March 10, 2017.  The status of the company is "revoked."  It is interesting to note that **Emerald City of Oz, LLC** was set up to replace **Dorothy of Oz, LLC** which had been subject to numerous cease and desist and other orders by a number of States including Alabama just weeks before.

10. <u>November 23, 2009:</u>  State of California against Family film Fund, LLC cease and desist.

11. <u>May 11, 2010:</u>  State of Washington against Alpine Pictures and Neil Kaufman cease and desist order for illegal activities.

12. <u>November 28, 2010:</u>  Dave Hegland is contacted by **Ryan Carroll** who instructs him to no longer deal with Steve Hall but instead to deal only with and directly with Greg Centineo.  At this date, Dave Hegland receives an e-mail from Greg Centineo.  The Subject Line: <u>Meet Executive Producer **Greg Centineo** and Team.</u>

13. <u>April 29, 2011:</u>  State of California sues Alpine Pictures Inc, Dorothy of Oz, LLC, Ryan Carroll, Rene Torres and Neil Kaufman.  One of the claims is misrepresentation or omissions in the offer or sale of Securities.

14. <u>March 20, 2013:</u>  **Summertime Entertainment**, (A division of **Alpine Pictures**) the new name for the **Carroll brother's** enterprise and subsequently hires entertainment consultant **Sheldon Rabinowitz**[27].

---

[26] https://www.nvsos.gov/sosentitysearch/CorpDetails.aspx?lx8nvq=BFGTjT8l3Emqk%252b2SZiZYfOQ%253d%253d&nt7=0
[27] https://www.linkedin.com/in/sheldon-rabinowitz-10a65/
PLEADING TITLE - 126

According to the Business Wire Press release of the same date, authored by **Charley Waters**. Says the article *"Terms of the financing and distribution were led by **Sheldon Rabinowitz**, Summertime's business and financial advisor.* Sheldon Rabinowitz recommends William Sadleir and Clarius Entertainment despite the fact that they had never distributed a film before. Both Rabinowitz and Sadleir had worked for or with Walt Disney Pictures. Sheldon Rabinowitz was Sr. VP of finance of ABC Television group, owned by Walt Disney. William Sadleir was also a founder and Chief Executive Officer of Tempus Entertainment Group, a joint venture with **The Walt Disney Company/ABC Multimedia and Electronic Arts.** In other words, both **William Sadleir** and **Sheldon Rabinowitz** worked for or with **ABC, a division of Walt Disney Pictures**.

15. <u>May 7, 2013:</u> Hyde Park announces that it has picked up the International rights for Legends of Oz: Dorothy's Return[28]. They list **Walt Disney Pictures** as one of their working relationships since their founding on their website. It is of interest that Hyde Park also dropped the film like a hot potato.

16. <u>May 18, 20 and 21[st,] 2013:</u> Legends of Oz: Dorothy's Return is screened at the Cannes Film festival in small theatres downtown to selective audiences. Reading the information from **Greg Centineo** it sounds like the film was a participant or a selection of the Cannes Film Festival. It was not. They rented some theatres to show prospective distributors. Much of the **Greg**

---

[28] http://www.wearemoviegeeks.com/2013/05/hyde-park-picks-up-international-rights-to-legends-of-oz-dorothys-return/

PLEADING TITLE - 127

**Centineo money raising team** and the Carroll team attend the festival. **Greg Centineo** and **John King** boasts they stay in a castle.

17. January 31, 2014: The copyright on the Screenplay/motion picture for Legends of Oz: Dorothy's return was assigned (Mortgage and Assignment – Recorded on February 7, 2014 to the U.S. Copyright Office) to **GEM Entertainment, Kft**[29] (they buy, sell and license films) and **120dB Films Lending, LLC**[30] (They loan money for films). <u>**Note:**</u> Why would they be borrowing money for Legends of Oz: Dorothy's Return against the copyright for the movie and screenplay if they had enough money? According to the July 7, 2014 financials, $112,201,534.40 was raised. This is what 120dB films do according to their website "*120dB films is a film finance company specializing in gap, pre-sale, tax credit, finishing and bridge loans. Our primary goal is assisting producers that have already raised a substantial portion of their required capital, to complete the necessary funding.*" 120dB lends money as follows: "*We do, however, strictly adhere to our last in-first out, secured financing model. Maximum gap loan amounts are 20% of budget*" 20 % of budget is over 20 million dollars possible loan. Last in, first out means they are the last money in and the first to get money. The film bombed so they did not get their 20 million back (first out) so they became the owner of Legends of Oz: Dorothy's Return?

18. May 3, 2014: It is the Saturday night pre-release party for Legends of Oz: Dorothy's Return in Los Angeles, California. Scott Meide attends. Says

---

[29] https://cinando.com/en/Company/gem_entertainment_kft_1056/Detail
[30] http://www.120dbfilms.com/about.html

PLEADING TITLE - 128

Scott *"When the movie ran, Ryan Carroll, the owner of Summertime, knew something. He looked somber like his grandma just died. That's what I noticed and I believe he knew something about Sadlier or Whatever...Party was awesome, good food, open bar, everything, Ryan Carroll cut the party short after 2-3 hours[31]."*

19. May 9, 2014:  Legends of Oz:  Dorothy's Return is released in theatres[32]. To date it has an IMBD score of 5.5/10.  Metacritic.com, a website that aggregates reviews of films from a number of sources and gives and average scored Legends of Oz: Dorothy's Return at 25%.  It opened on Friday, May 9, 2014 on 2658 screens (Investors paid for print and advertising for over 4,000 screens) and earned a dismal $1,007,382 or $ 379.00 per screen.  For the opening weekend, May 9-11, 2014 Legends of Oz earned $3,747,780. During Legends of Oz: Dorothy's Return theatrical release the film earned a total of $ 8,462,027 Domestic, $10,200,000 Foreign for total worldwide theatrical earnings of $ 18,662, 027[33].  A few interesting statistics about the film's release, from Box Office Mojo are worth noting; the film is the 12th all-time worst saturated opening and ranks 58th all time for theatre drops. There are three theories for the disastrous opening and all may have merit. The film was substandard.  William Sadleir (A former Walt Disney Partner) and Clarius Entertainment willfully sabotaged the film by keeping the investor money and not delivering screens and Disney pressured theatres to drop the film so that Legends of Oz: Dorothy's Return would not prove that

---

[31] Scott Meide e-mail dated May 16, 2018.
[32] https://www.imdb.com/title/tt0884726/

[33] https://www.boxofficemojo.com/movies/?page=main&id=legendsofoz.htm

PLEADING TITLE - 129

private investors could create a profitable film and challenge the Studios supremacy. Add to that the fact that Disney rewards and punishes critics, we can see how investors dealing with the likes of the Carrolls, the Centineos, the Clarius team and Walt Disney Co., never had a fighting chance.

20. <u>September 12, 2014</u>:  **William Sadleir** and **Clarius Entertainment** buys *She's Funny That Way* at the 2014 Toronto International Film Festival[34]. <u>We believe he used our investor money to buy the film.</u>  As you will see later, **William Sadleir** also guaranteed a minimum number of screens and a P&A investment of 24.5 million of which he only gave $900,000. According to The Hollywood Reporter, the plaintiff in the arbitration alleges "…that Clarius and its chief **William Sadleir** have "*co-mingled funds,*" "*diverted corporate funds and assets,*" and *misrepresented available financing. The claimant is pursuing an alleged breach of contract, fraud and breach of implied covenant of good faith and fair dealing.*"

21. <u>November 19, 2015:</u>  Stereovision's JV Partner <u>Inspirational Vision Media Completes Agreement to Acquire Emerald City of Oz, LLC, Dorothy of Oz, LLC, Alpine Pictures, LLC, and Star Team LLC in Stock for Stock Swaps</u>[35]. According to StereoVision's CEO, **Jack Honour** *"The StereoVision/Inspiration Vision Media J/V was formed to bring together StereoVision and these private production companies and their associated intellectual properties, assets, investors, and production and management talent under the umbrella of a new public company to launch a production*

---

[34] https://en.wikipedia.org/wiki/She%27s_Funny_That_Way_(film)
[35] http://www.marketwired.com/press-release/stereovisions-j-v-partner-inspirational-vision-media-completes-agreement-acquire-emerald-otc-pink-svsn-2075372.htm

PLEADING TITLE - 130

*and P&A funding mechanism utilizing the recently enacted JOBS Act, which allows for the general solicitation of accredited investors."* StereoVision Entertainment Inc. is a publicly traded Nevada corporation. OTC PINK: SVSN. After acquiring these companies, Jack Honour stated *"Combined to date our partners and investors in this J/V have generated over $200,000,000 in P&A and production funding."* Notes: Who got the shares to acquire Emerald City of Oz, LLC? Not the Oz shareholders. Since Emerald City of Oz LLC and Dorothy of Oz, LLC are defunk, where did the assets go? It is apparent that the rights to the 9 remaining books went with the acquisition of Alpine Pictures, LLC.

22. September 1, 2015: According to an article in the Hollywood Reporter, Peter Bogdanovich's movie, *She's Funny That Way*, starring Owen Wilson and Jennifer Aniston, is in arbitration against **William Sadleir** and **Clarius Capital Group**. **Clarius Capital Group** guaranteed at least 1,500 screens in the United States and committed to more than 24.5 million for Print and Advertising. According to The Hollywood Reporter "But **Clarius** allegedly only made a $900,000 payment on a $4.5 million minimum guarantee and couldn't come up with the funds to release the picture theatrically." They also reported that "In arbitration, STTN is also asserting that **Clarius** and its chief **William Sadleir** have "co-mingled funds," "diverted corporate funds and assets," and misrepresented available financing. The claimant is pursuing an alleged breach of contract, fraud and breach of implied covenant of good faith and fair dealing.[36]"

_____

[36] https://www.hollywoodreporter.com/thr-esq/peter-bogdanovich-movie-arbitration-distribution-819557

PLEADING TITLE - 131

23. <u>April 2016:</u> (Approximately).  One of the P&A investors named Steve demanded a call with **Greg Centineo** regarding what actions we could take as P&A investors to get our money back.  There were as many as a dozen investors on the line.  **Greg Centineo** led the call and then was replaced by **Peter Velardi** for much of the call.  We were told by **Greg Centineo**, **Peter Velardi** and **Dana Tejeda** on the call that **Ryan Carroll** was broke and down and out.  (How can someone who took 20-40 million in profits, not including expenses, sold off all his and our other assets like the 9 remaining books and be broke).  Usually there were other members of the **Greg Centineo Money raising team** on the call.  **John King** and **Agnes King** also told me the same story of Ryan Carroll being broke.  **Dana Tejeda** told us that on the night of the pre-launch party on May, 3, 2014, that Dana Tejeda saw Ryan Carroll stumbling drunk in an alleyway 3-4 in the morning. We were also told by **Dana Tejeda** that **Ryan Carroll** was destitute, had turned to drugs and prostitutes and had been arrested.  I checked the California arrest records and could find no record of Ryan Carroll being arrested.  Greg Centineo repeatedly told me that Ryan **Carroll** is down and out, on drugs, dealing with prostitution and drugs as well and nowhere to be found and that he, **Greg Centineo**, also told me that **Ryan Carroll** is nowhere to be found and that he could never contact **Ryan Carroll** and that he doesn't know if he's dead or alive.  In 2018, **Greg Centineo** told me that he was in touch with **Ryan Carroll** through his son.  Of course, at that time we had no idea of the tens of millions that the **Carroll Brothers** took off the top.  We searched arrest records and could find no evidence that **Ryan Carroll** had been arrested.  Julie Natalie repeated the same story that the **Carroll brothers** could not be sued as they were down and out.  **Greg**

**Centineo** must have told me a dozen times that **Ryan Carroll** was broke and that the movie bomb and ensuing issues was of no fault of the **Carroll Brothers**.

24. <u>August 9, 2017:</u> I was sent a recent podcast for Oz Strategies. It was hosted by **Peter Velardi** and included **Greg Kramer, Greg Centineo, Marc J. Lane, John King,** and **Charley Walters**. The podcast spoke on progress and the status of governance, LLC's, and ownership of the I.P. The call said 88 investors at that time had put up a little over twenty three thousand dollars to find out what happened to our franchise accounting. It also spoke of their great investigations yet even though they mentioned the copyrights, there was no word that the Oz investors lost them and the film long ago. It ended with a pitch for money to help the investors find out what happened and to get back the franchise. I have been asked many times why I never sued the principals of the Legends of Oz: Dorothy's Return. It was because the people on this call and others kept leading us to believe there was still gold at the end of the rainbow. They were still telling us we would get a return even as late as 2018. Many of the key defendants in this action think they have outrun the statute of limitations and have told me as much but they do not realize that every time they promise a return and/or withhold the truth they reset the statute with their continual lulling statements. The podcast is at:

<u>https://soundcloud.com/user-992493032/oz-broadcast-final/s-19AIb</u>

We have downloaded this and other recordings that are prone to disappear when this action is filed.

PLEADING TITLE - 133

25. <u>May 24, 2018:</u>  Inspirational Vision Media updates shareholders on status of their 9 Book Series Legends of Oz by Roger S. Baum[37].  According to IVM's CEO **Steven Previch**, "Doctor Grover is doing a wonderful job developing the scripts and production bible for the nine books in our Legends of Oz series, His passion for sharing the Magic of Oz with future generations is felt throughout the project, which has led to his recent discussions with and interested Netflix"  And Greg Centineo is telling us he will get our franchise back and we will eventually earn our money back.

26. <u>JUNE 2018:</u>  After Greg Centineo denying any communications whatsoever with Ryan Carroll, he tells me in June of 2018, just before I launched my Pulse lawsuit, that he is in touch with Ryan Carroll through Ryan's son Rich Carroll.  Says Scott Meide "*He also mentioned something about Ryan using his sons name or vice versa.  Don't really know what that means.*"

27. <u>JULY 2019:</u>  Taken from **gregcentineo.com**[38] of this date there is a page on Legends of Oz: Dorothy's Return. Almost 5 years since the movie died and the rights were lost, **Greg Centineo** is still promising a resurrection. "*Re-laying Oz's Golden Path – Brick by Brick.  Now it is time for Oz's path to be put back together again – for her story to be reframed and retold.  And this is where Greg shines.  Unlike live action films, much of the success of an animated film is tied to the merchandising and the love of the film long after it's been through theatres.  So, now, Greg is turning his eyes once again to doing the seemingly impossible with Oz:  Re-laying the golden path that will*

---

[37] https://globenewswire.com/news-release/2018/05/24/1511399/0/en/Inspirational-Vision-Media-Relays-Update-From-I-V-Partner-Dr-Pavan-Grover-to-Shareholders-on-Status-of-Their-9-Book-Series-Legends-of-Oz-by-Roger-S-Baum.html

[38] http://gregcentineo.com/legends-of-oz-dorothys-return/

PLEADING TITLE - 134

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

*bring Oz back to those that lover her – and introducing the film and merchandise to those that never even knew she existed.  Currently, the film can be viewed on many major platforms including Netflix, (DVD) and Amazon, and purchased as a DVD or Blu-Ray.  Likewise, the motion picture soundtrack by Columbia Records, a division of Sony Music Entertainment, and much of the merchandise are available for purchase.  But this is only the beginning of the return, once again, to Oz.  Greg has ample proof that they did the impossible before – so they will do it again.*"  Similar statements are on Greg Centineo's LinkedIn site also as of the date of the filing of this complaint.  Because of these and other continual lulling statements, the statute of limitations is yet to start on the conspiracy, mail fraud, wire fraud, material misrepresentations, omissions, securities fraud, RICO and related claims against the defendants.

## LEGAL CLAIMS

### Statute of Limitations

In anticipation of the statute of limitations defense that Defendants are sure to raise, Plaintiff would point out that the tolling statutes and activities as the FACTS section of this action point out, have kept the machinations of the Defendants well within the limitations period.  Case law on this issue is quite clear:

> Moreover, even if Betz was on inquiry notice of fraud, under the second prong of our inquiry notice standard, we cannot say that, as a matter of law, Betz, in the exercise of reasonable diligence, should have discovered the facts constituting the alleged fraud. In this case, Betz questioned the defendants about her account and the defendants assured her that they would take care of any problems and asked her not to file suit. In Seabord Corp., the defendant's giving of assurances

in response to a co-defendant's inquiries, which had the effect of
lulling the co-defendant and delaying the onset of legal action, was
held to preclude summary judgment and create an issue for the trier of
fact as to when the statute of limitations began to run. See Seaboard
Corp., 677 F.2d at 1310. Trainer & Wortham's assurances to Betz in
this case, which were given as recently as May of 2002, similarly give
rise to a fact issue which makes summary judgment inappropriate.

> *Betz v. Trainer Wortham & Co.,* Inc.,
> 519 F.3d 863 (9th Cir. 2008)

I.e., the statute of limitations is a *jury* issue.

We think that the facts of this case do not fall within the holding of
Carroll. The mailings of purported monthly payments to the
purchasers of the land contracts, in our view, constitute an integral
part of the transaction which the court found to be fraudulent. In
analogous prosecutions under the mail fraud statute (18 U.S.C. §
1341) activities tending to lull investors, either to prevent discovery of
fraud or to permit further fraudulent activities to progress unhindered,
have been held to constitute a part of the execution of the fraudulent
scheme and to be integral to the offense rather than incidental to it.
United States v. Ashdown, 509 F.2d 793 (5th Cir. 1975); United
States v. Sampson, 371 U.S. 75, 83 S. Ct. 173, 9 L. Ed. 2d 136 (1962).
The record before us is ample to support a like conclusion.

> *United States v. Brown*, 578 F.2d 1280 (9th Cir. 1978)

Some of the miscreants may think they are well outside the statute of

limitations.   E.g., Kevin Trudeau, who helped "jump-start" many of the activities

described herein, may think he is "home free".

This is doubtful for two reasons:

1.  Generally, liability for the acts of co-conspirators is determined by the

substantive offenses committed by a co-conspirator when they are

reasonably foreseeable and committed in furtherance of the conspiracy."

*United States v. Long*, 301 F.3d 1095, 1103 (9th Cir. 2002) (per curiam).

2.  See also *Hegland v. Hanna*, case No. C.D. L.A.CV 1904492-R, C.D.

California, filed May 29, 2019

## First Cause of Action
## Securities Fraud
## Against All Defendants

The elements of a private securities fraud claim are (1) material

misrepresentation or omission by the defendant; (2) scienter; (3) a connection

between the misrepresentation and the purchase or sale of a company's stock; (4)
reliance on the misrepresentation; (5) economic loss; (6) and loss causation.   Id.

"Whether common questions of law or fact predominate in a securities fraud
action often turns on the element of reliance."   This case is no exception.

Reliance is not an element of every private claim.   See, e.g., *Clark*, 915 F.2d
at 443 (reliance not among elements for insider trading violations of Rule
10b-5).

*S.E.C. V. Rana Research Inc.*, 8 F.3d 1358 (9th Cir. 1993)

To plead a § 10(b) securities fraud claim, a plaintiff must allege: "(1)

material misrepresentation or omission; (2) made with scienter; (3) a connection

between the misrepresentation and the purchase or sale of a security; (4) reliance

on the misrepresentation or omission; (5) economic loss [i.e. damages]; and (6) a

casual connection between the material misrepresentation or omission and the loss,

commonly called 'loss causation'".   *FindWhat Investor Grp. v. FindWhat.com*,

658 F.3d 1282, 1295 (11th Cir. 2011).

Under 28 U.S.C. §1658(b), a fraud claim under § 10(b) of the Securities

Exchange Act of 1934, must be filed within the earlier of "2 years after the discovery of the facts constituting the violation; or 5 years after such violation." 28 U.S.C. §1658(b)(2012).   A § 10(b) plaintiff only needs to show that "it is 'as least likely as' not that the defendant acted with the relevant knowledge or intent…"   *Merck & Co. v Reynolds*, 559 U.S. 633, 649 (2010) (quoting *Tellabs, Inc. v. Makor Issues & Rights, Ltd.*, 551 U.S. 308, 328 (2007)).

The Securities fraud statute provides:

(a) It shall be unlawful for any person in the offer or sale of any securities by the use of any means or instruments of transportation or communication in interstate commerce or by the use of the mails, directly or indirectly—

(1) to employ any device, scheme or artifice to defraud, or

(2) to obtain money or property by means of any untrue statement of a material fact or any omission to state a material fact necessary in order to make the statements made, in the light of  the circumstances under which they were made, not misleading or

(3) to engage in any transaction, practice or course of business which operates or would operate as fraud or deceit upon the purchaser. 15 U.S.C. §77q

footnote 1:   Section 10(b) of the Exchange Act provides:  It shall be unlawful for any person,  directly or indirectly,… [t]o use or employ, in connection with the purchase or sale of any security… any manipulative or deceptive device or contrivance  in contravention of such rules and regulations as the Commission may prescribe as necessary or appropriate in the **public interest** or for the protection of investors.  15 U.S.C. § 78j(b).   Section 20(a) of the Exchange Act provides for liability of "controlling persons" who aid and abet "any person liable under any    provision of this chapter or of any rule or regulation thereunder."   15 U.S.C. § 78t(a)

In this era of corporate scandal, when insiders manipulate the market with the complicity of lawyers and accountants, we are cautious to raise the bar of the PSLRA any higher than that which is required under its mandates. The District Court's failure to accept Plaintiffs'

allegations as true and construe them in the light most favorable to Plaintiffs does just that. The District Court erred in finding that Plaintiffs' Second Amended Complaint failed to raise a strong inference that Defendants made false or misleading statements with actual knowledge or deliberate recklessness. We hold that Plaintiffs sufficiently pleaded a securities fraud claim under Section 10(b) and Rule 10b-5 and established a prima facie showing that TPG and Continental are controlling persons under Section 20t(a).

REVERSED AND REMANDED.

*No. 84 Employer-Teamster Joint Council Pension Trust Fund v. America West Holding Corp.,* 320 F.3d 920 (9th Cir. 02/13/2003)

## Second Cause of Action
## Breach of Good Faith and Fair Dealing
## Against All Defendants

In every contract there is an implied covenant of good faith and fair dealing by each party not to do anything which will deprive the other parties of the benefits of the contract, and a breach of this covenant by failure to deal fairly or in good faith gives rise to an action for damages. *Sutherland v. Barclays American/Mortgage Corp.*, 53 Cal. App. 4th 299, 314, 61 Cal. Rptr. 2d 614 (1997); *Harm v. Frasher,* 181 Cal. App. 2d 405, 415, 5 Cal. Rptr. 367, 373 (1960); *Seaman's Direct Buying Serv., Inc. v. Standard Oil Co.*, 36 Cal. 3d 752, 206 Cal. Rptr. 354 (1984), *overruled on other grounds, Freeman & Mills, Inc. v. Belcher Oil Co.,* 11 Cal. 4th 85, 102-03, 44 Cal. Rptr. 420 (1995); *see also* Witkin, Summary of California Law, Contracts, §743.

## Third Cause of Action
## Breach of Fiduciary Duty
## Against All Defendants

"Promissory fraud" is a subspecies of the action for fraud and deceit. A promise to do something necessarily implies the intention to perform; hence, where a promise is made without such intention, there is an implied

misrepresentation of fact that may be actionable fraud. ( Union Flower Market, Ltd. v. Southern California Flower Market, Inc. (1938) 10 Cal. 2d 671, 676 [76 P.2d 503]; see Civ. Code, § 1710, subd. (4); 5 Witkin, Summary of Cal. Law, (supra) , § 685, pp. 786-787.)

*Lazar v. Superior Court*, 12 Cal.4th 631, 909 P.2d 981, 49 Cal.Rptr.2d 377 (Cal. 01/29/1996)

## Fourth Cause of Action
## Fraud Against All Defendants

"The elements of fraud, which give rise to the tort action for deceit, are (a) misrepresentation (false representation, concealment, or nondisclosure); (b) knowledge of falsity (or 'scienter'); (c) intent to defraud, i.e., to induce reliance; (d) justifiable reliance; and (e) resulting damage." (5 Witkin, Summary of Cal. Law (9th ed. 1988) Torts, § 676, p. 778; see also Civ. Code, § 1709; Hunter, (supra) , 6 Cal. 4th 1174, 1184; Molko v. Holy Spirit Assn. (1988) 46 Cal. 3d 1092, 1108 [252 Cal. Rptr. 122, 762 P.2d 46].)

*Lazar v. Superior Court*, 12 Cal.4th 631, 909 P.2d 981, 49 Cal.Rptr.2d 377 (Cal. 01/29/1996)

## Fifth Cause of Action
## Promissory Fraud Against All Defendants

"Promissory fraud" is a subspecies of the action for fraud and deceit. A promise to do something necessarily implies the intention to perform; hence, where a promise is made without such intention, there is an implied misrepresentation of fact that may be actionable fraud. ( Union Flower Market, Ltd. v. Southern California Flower Market, Inc. (1938) 10 Cal. 2d 671, 676 [76 P.2d 503]; see Civ. Code, § 1710, subd. (4); 5 Witkin, Summary of Cal. Law, (supra) , § 685, pp. 786-787.)

*Lazar v. Superior Court*, id.

## Sixth Cause of Action
## Unjust Enrichment Against All Defendants

PLEADING TITLE - 140

The elements for a claim of unjust enrichment are: (1) "receipt of a beneit"; and (2) unjust retention of the benefit at the expense of another." (*Lectrodryer v. Seoulbank* (2000) 77 Cal.App.4th 723, 726.

*[U] Jill Toups v. Hong Bing Chen et al.*, No. A133657 (Cal.App. Dist.1 09/28/2012)

### Seventh Cause of Action
### Conversion Against All Defendants

""""The elements of a conversion claim are: (1) the plaintiff's ownership or right to possession of the property; (2) the defendant's conversion by a wrongful act or disposition of property rights; and (3) damages.'"" [Citation.]" (*Lee v. Hanley* (2015) 61 Cal.4th 1225, 1240.) The "wrongful act" element of a conversion claim does not require proof the defendant knew or intended to receive property belonging to another, or otherwise received the subject property in bad faith.[5] (*Moore v. Regents of University of California* (1990) 51 Cal.3d 120, 144 ["conversion is a strict liability tort"]; *Oakdale*, supra, 43 Cal.App.4th at p. 544 ["questions of good faith, lack of knowledge and motive are ordinarily immaterial"]; *Henderson v. Security Nat. Bank* (1977) 72 Cal.App.3d 764, 770-771.)

*MADISON et al., v. SANLI PASTORE & HILL, INC. et al.*, B283872, Cal.Ct.App, Second Dist., Fifth Division 2018

### Eighth Cause of Action
### Civil Conspiracy Against All Defendants

The FACTS Section of this action are realleged herein and incorporated by reference.

The law on civil conspiracy is quite clear.

In Wyatt v. Union Mortgage Co., the California Supreme Court held that "when a civil conspiracy is properly alleged and proved, the statute of limitations does not begin to run . . . until the 'last overt act' pursuant to the conspiracy has been completed." 598 P.2d 45, 53 (Cal. 1979) (citation omitted)

*Wasco Products, Inc. v. Southwall Technologies, Inc.*,

PLEADING TITLE - 141

No. 04-15171 (9th Cir. 01/13/2006)

I.e., it appears that Defendant Gregory Centineo and his co-conspirators have extended the statute of limitations until this very day by continually *lying* to the investors (including lulling statements).

> Under California law, "[t]o state a cause of action for conspiracy, the complaint must allege (1) the formation and operation of the conspiracy, (2) the wrongful act or acts done pursuant thereto, and (3) the damage resulting from such act or acts." Cellular Plus, Inc. v. Superior Court, 18 Cal. Rptr. 2d 308, 314 (Ct. App. 1993) (internal quotations and citations omitted)

> *Wasco Products, Inc. v. Southwall Technologies, Inc.*, id.

1. The formation and operation of the conspiracy are described in the FACTS section of this Complaint, though it appears that there may be multiple sub-conspiracies as well.

2. The wrongful acts, to some extent, are described in the FACTS section of this Complaint. Listing *all* the wrongful acts of the Defendants would fill volumes.

3. The damages resulting add up to well over 122 million dollars to over 1,800 investors

> California law also provides guidance on the issue of the elements of a civil conspiracy. Unlike its criminal counterpart, a civil conspiracy in order to be actionable requires independently wrongful act and resulting damages. See Wyatt v. Union Mortgage Company, 24 Cal.3d 773, 787, 157 Cal.Rptr. 392, 598 P.2d 45 (1979).

> *Pacific Telephone and Telegraph Co. v. MCI Telecommunications Corp.*,
> 649 F.2d 1315 (9th Cir. 06/17/1981)

> (T)he requisite concurrence and knowledge "may be inferred from the acts done, the relation of the parties, the interests of the alleged conspirators, and other circumstances." Tacit consent as well as express approval will suffice to hold a person liable as a coconspirator.

PLEADING TITLE - 142

Id. at 785, 157 Cal.Rptr. 392, 598 P.2d 45 (citations omitted).

> *Pacific Telephone and Telegraph Co. v. MCI Telecommunications Corp.*, id.

The standard statement by the California Supreme Court of California law regarding the elements and significance of a civil conspiracy is:

> The elements of an action for civil conspiracy are the formation and operation of the conspiracy and damage resulting to plaintiff from an act or acts done in furtherance of the common design .... In such an action the major significance of the conspiracy lies in the fact that it renders each participant in the wrongful act responsible as a joint tortfeasor for all damages ensuing from the wrong, irrespective of whether or not he was a direct actor and regardless of the degree of his activity.
> Applied Equip. Corp. v. Litton Saudi Arabia Ltd., 869 P.2d 454, 511 (Cal. 1994).

> *[U] In re American Computer & Digital Components, Inc.*, No. CC-05-1306-KPaB (9th Cir. 08/17/2006)

## Relief Requested

1. A jury trial on all issues triable by jury,

2. Compensatory damages in an amount to be determined by a jury,

3. Punitive damages in an amount to be determined by a jury,

4. Plaintiffs' cost of this suit,

5. A declaratory judgment, pursuant to 28 U.S.C. §2201, that the actions of the defendants herein constitute violation of federal criminal law,

6. An injunction, pursuant to 28 U.S.C. §2202, ordering the Defendants to disgorge their ill-gotten gains and return them to the Plaintiffs,

7. Leave to amend if and when Defendants are indicted and convicted, a necessary pre-requisite to a RICO Claim for securities fraud,

8. Such other relief as this Court deems just, proper and equitable.

1

2

3    August 13, 2019

4

5                                              Respectfully submitted,

6                                              _____
                                               Scott Meide

7                                              _____
                                               David Hegland

8                                              _____
                                               Dawn Hegland

9                                              _____
                                               Merlyn Hegland

10

11                                             _____
                                               Nathan Hill

12

13                                             _____
                                               Kyle A. Janes

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

PLEADING TITLE - 144