# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Scott Meide, David Hegland, Dawn Hegland, Merlyn Hegland, Nathan Hill, and Kyle A. Janes,<br><br>Plaintiffs,<br><br>v.<br><br>Noah Centineo et al.,<br><br>Defendants. | Case No. CV19-07171-CAS(KSX)<br><br>**ORDER DENYING REQUEST TO EXTEND TIME TO RESPOND TO COMPLAINT**<br><br>Complaint Filed: August 16, 2019<br>Complaint Served: Varied<br>Current Response Date: Varied<br>New Response Date: October 4, 2019 |

## ORDER

Having reviewed the Agreed Request to Extend Time to Respond to Complaint, filed by Defendants' Gregory V. Centineo, Kellee Centineo, Nicholas J. Centineo, Noah Centineo, Robert J. Centineo, Tara K. Glazer, Agnes M. King, John A. King, Natalie J. King, Brandon Kramer, Gregory W. Kramer, Joy M. Kramer, Wayne D. Kramer, Robert Laimo, Marc J. Lane, Christopher J. McGarahan, Julie C. Natale, James E. Roberts, Jr., Peter Velardi, and The Velardi Group, LLC ("Defendants"), it is hereby ORDERED that:

1. Neither the Local Rules of this Court nor the Federal Rules of Civil Procedure authorize "Requests." Defendants' Agreed Request to Extend Time to Respond to Complaint is DENIED. To obain relief, it must be by stipulation, a noticed motion, or by ex parte application.

**IT IS SO ORDERED**.

Dated: October 2, 2019

_____
Percy Anderson
United States District Judge