UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 19-7171 PA (KSx) | Date | October 31, 2019 |
|---|---|---|---|
| Title | Scott Meide, et al. v. Noah Centineo, et al. | | |

| Present: The Honorable | PERCY ANDERSON, UNITED STATES DISTRICT JUDGE | |
|---|---|---|
| Kamilla Sali-Suleyman | N/A | N/A |
| Deputy Clerk | Court Reporter | Tape No. |
| Attorneys Present for Plaintiffs: | | Attorneys Present for Defendants: |
| None | | None |

**Proceedings:**   IN CHAMBERS – ORDER

The Court has become aware that plaintiff Scott Meide ("Plaintiff Meide"), who is a pro se litigant, has been representing the interests of Plaintiffs in this action. This is generally prohibited by the Central District's Local Rules, which state that "[pro se] representation may not be delegated to any other person—even a spouse, relative, or co-party in the case." L.R. 83-2.2.1. On August 22, 2019, the Court issued an Order to Show Cause requiring plaintiffs to show why the claims of David Hegland, Dawn Hegland, Meryln Hegland, Nathan Hill, and Kyle A. Janes ("Plaintiffs") should not be dismissed without prejudice. (Docket No. 9.) The Court warned Plaintiffs that if they "are appearing without an attorney in this action, they may not delegate their representation to their co-party Mr. Meide." (Docket No. 9.) The Court also warned that the "[f]ailure to adequately respond to this Order to Show Cause by September 16, 2019, may result in the dismissal of their claims without further warning." (Id.) Plaintiff Meide filed a Response on September 13, 2019, stating that "[n]one of the co-Plaintiffs have delegated anything whatsoever to Plaintiff Meide (other than seeking his assistance in serving the Defendants)." (Docket No. 19 at 2.) As of today's date, Plaintiffs have not filed any response to the Order to Show Cause.

The Court finds that Plaintiff Meide's Response is insufficient to discharge the Order to Show Cause. It is clear that Plaintiff Meide has been attempting to represent the interests of Plaintiffs in this action. Plaintiffs have been absent during this litigation: they have not responded to the Court's Order to Show Cause, or filed any opposition briefs to the numerous motions to dismiss. Plaintiffs have only filed Applications for Pro Se Litigant to Electronically File Documents—but at least four of these documents have been handwritten by the same person, likely Plaintiff Meide. (See Docket Nos. 22, 30, 31, 32.) In addition, one defendant has informed the Court that "[a]ll of [defendant's] communications with Plaintiffs have only been with Mr. Meide, whom in practice, if not in name, is representing all of the Plaintiffs." (Docket No. 70-2 at n.1.)

**For these reasons, the Court hereby dismisses all claims of David Hegland, Dawn Hegland, Meryln Hegland, Nathan Hill, and Kyle A. Janes without prejudice.**

IT IS SO ORDERED.