Clark Hill PLC
Giel Stein (IL SBN 6275990)
Maureen J. Moody (IL SBN 6327343)
CLARK HILL PLC
*Pro Hac Vice*
gstein@clarkhill.com
mmoody@clarkhill.com
130 E. Randolph Street, Suite 3900
Chicago, Illinois 60601
Telephone:  (312) 985-5900
Facsimile:  (312) 985-5979

Datev 'Dave' Shenian (CA SBN 166705)
*Local Counsel*
CLARK HILL PLC
dshenian@ClarkHill.com
1055 West Seventh Street, Suite 2400
Los Angeles, CA 90017
Telephone:  (213) 891-9100
Facsimile:  (213) 488-1178

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SCOTT MEIDE, DAVID HEGLAND, DAWN HEGLAND, MERLYN HEGLAND, NATHAN HILL, AND KYLE A. JANES,<br><br>Plaintiffs,<br><br>v.<br><br>NOAH CENTINEO, ET AL.,<br><br>Defendants. | CASE NO. 2:19-CV-07171-PA (KSx)<br><br>**AMENDED CERTIFICATION AND NOTICE OF INTERESTED PARTIES**<br><br>(Local Rule 7.1-1)<br><br>Judge:  Hon. Percy Anderson<br>Complaint Filed:   August 16, 2019 |

**AMENDED CERTIFICATION AND NOTICE OF**

**INTERESTED PARTIES**

AMENDED CERTIFICATION AND NOTICE OF INTERESTED PARTIES

98700\392820\222733894.v1

**TO THE CLERK OF THE ABOVE, ALL INTERESTED PARTIES AND THEIR ATTORNEYS OF RECORD:**

The undersigned, counsel of record for Defendants Gregory V. Centineo, Kellee Centineo, Nicholas J. Centineo, Noah Centineo, Robert J. Centineo, Tara K. Glazer, Agnes M. King, John A. King, Natalie J. King, Brandon Kramer, Gregory W. Kramer, Joy M. Kramer, Wayne D. Kramer, Robert Laimo, Marc J. Lane, Christopher J. McGarahan, Julie C. Natale, James E. Roberts, Jr., Peter Velardi, and The Velardi Group, LLC certifies that the following listed parties may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal:

| PARTY | CONNECTION/INTEREST |
| --- | --- |
| Kellee Centineo | Individual Defendant |
| Nicholas J. Centineo | Individual Defendant |
| Robert J. Centineo | Individual Defendant |
| Tara K. Glazer | Individual Defendant |
| John A. King | Individual Defendant |
| Natalie J. King | Individual Defendant |
| Gregory V. Centineo | Individual Defendant |
| Noah Centineo | Individual Defendant |
| Agnes M. King | Individual Defendant |
| Brandon Kramer | Individual Defendant |
| Gregory W. Kramer | Individual Defendant |
| Joy M. Kramer | Individual Defendant |
| Wayne D. Kramer | Individual Defendant |
| Robert Laimo | Individual Defendant |
| Marc J. Lane | Individual Defendant |
| Christopher J. McGarahan | Individual Defendant |

AMENDED CERTIFICATION AND NOTICE OF INTERESTED PARTIES

98700\392820\222733894.v1

| | |
|---|---|
| Julie C. Natale | Individual Defendant |
| James E. Roberts, Jr. | Individual Defendant |
| Peter Velardi | Individual Defendant |
| The Velardi Group, LLC | Corporate Defendant |

DATED: November 20, 2019   By: */s/ Giel Stein*

Counsel for: Gregory V. Centineo, Kellee Centineo, Nicholas J. Centineo, Noah Centineo, Robert J. Centineo, Tara K. Glazer, Agnes M. King, John A. King, Natalie J. King, Brandon Kramer, Gregory W. Kramer, Joy M. Kramer, Wayne D. Kramer, Robert Laimo, Marc J. Lane, Christopher J. McGarahan, Julie C. Natale, James E. Roberts, Jr., Peter Velardi, and The Velardi Group, LLC

AMENDED CERTIFICATION AND NOTICE OF INTERESTED PARTIES

98700\392820\222733894.v1

TO:   Via ECF
All Counsel of Record

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the foregoing document was served this day upon the attorneys of record for each other party in the action *via* ECF. The undersigned further certifies that Plaintiffs Nathan Hill and Kyle A. Janes were served *via* Email.

| | |
|---|---|
| Nathan Hill | Kyle A. Janes |
| 3260 Vail Avenue | 14987 120th Street |
| Ellsworth, Iowa 50075 | Alden, Iowa 50006 |
| Email: turkey@netins.net | Email: janesfarms88@gmail.com |

CLARK HILL PLC

*/s/ Giel Stein*

*Counsel for*: Gregory V. Centineo, Kellee Centineo, Nicholas J. Centineo, Noah Centineo, Robert J. Centineo, Tara K. Glazer, Agnes M. King, John A. King, Natalie J. King, Brandon Kramer, Gregory W. Kramer, Joy M. Kramer, Wayne D. Kramer, Robert Laimo, Marc J. Lane, Christopher J. McGarahan, Julie C. Natale, James E. Roberts, Jr., Peter Velardi, and The Velardi Group, LLC

Dated: November 20, 2019

AMENDED CERTIFICATION AND NOTICE OF INTERESTED PARTIES

98700\392820\222733894.v1