Scott Meide
4446-1 Hendricks Ave. Suite 327
Jacksonville, FL 32207
904. 888. 6454

# IN THE UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

David Hegland

Dawn Hegland                    Case No. CV-19-7171 PA

Merlyn Hegland

Nathan Hill                     **NOTICE OF APPEAL**

Kyle A. Janes

Scott Meide

        Plaintiffs,

v.

Noah Centineo et al.,

        Defendants.

_____

    Come the Plaintiffs in the above-captioned matter, David Hegland, Dawn Hegland, Merlyn Hegland, Nathan Hill, and Kyle A. Janes and hereby appeal to the Ninth Circuit Court of Appeals from the judgement entered in this action on October 31, 2019.

Respectfully submitted,

November 27, 2019

_David Hegland_
David Hegland

_Dawn Hegland_
Dawn Hegland

PLEADING TITLE - 1

1  
2  _____  
   Merlyn Hegland  
3  
4  _____  
   Nathan Hill  
5  
6  _____  
   Kyle A. Janes  
7  
8  _____  
   Scott Meide  
9  
10  
11  
12  
13  
14  
15  
16  
17  
18  
19  
20  
21  
22  
23  
24  
25  
26  
27  
28  

PLEADING TITLE - 2

1 Scott Meide
2 4446-1 Hendricks Ave. Suite 327
3 Jacksonville, FL 32207
4 904. 888. 6454

## IN THE UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

David Hegland
Dawn Hegland
Merlyn Hegland
Nathan Hill
Kyle A. Janes
Scott Meide

        Plaintiffs,

v.

Noah Centineo et al.,

        Defendants.

Case No. CV-19-7171 PA

**NOTICE OF APPEAL**

---

I, the undersigned, declare that:

    I am over the age of 18 years and not a party to this case. My business address is: 2147 Saul Drive, Jacksonville, Florida, 32216.

    On November 27, 2019 I served the following document:

**PLAINTIFFS' NOTICE OF APPEAL**

on all interested parties in this action by transmitting a true copy thereof by electronic equipment transmission as follows and /or by placing a copy thereof enclosed in sealed envelopes addressed as follows:

PLEADING TITLE - 3

**PLEASE SEE ATTACHED SERVICE LIST**

[X] (U.S. MAIL) I enclosed said documents(s) in a sealed envelope of package to each addressee as identified on the Service list below. I placed the envelope for collection and mail with the US Postal Service, with postage fully prepaid.

[ ] (ELECTRONIC MAIL) I served by email said documents(s) to the following persons and/or entities at the last known email address as identified on the Service List below.

[X] (CM/ECF electronic notification) I am readily familiar with the ECF filing system and caused a true and correct copy thereof to be served electronically via CM/ECF electronic notification the following persons and/or entities as identified on the Service List below.

    I declare under penalty of perjury under the laws of the State of Florida that the above is true and correct. Executed on November 27, 2019, at Jacksonville, Florida.

                                                   /s/ Charlie Saman  
                                                   Charlie Saman

PLEADING TITLE - 4

# SERVICE LIST

Barry Z. Brodsky (SBN 93565)
Vincent S. Green (SBN 231046)
KAUFMAN DOLOWICH VOLUCK
11755 Wilshire Blvd., Suite 2400
Los Angeles, California 90025 T: (310) 775-6511 F: (310) 575-9720
E-mail: bbrodsky@kdvlaw.com
vgreen@kdvlaw.com
Attorneys for Defendants
LOUIS N. HAMEL, CPA and
MICHAEL E. WILFORD, CPA

Maureen J Moody
Clark Hill PLC
130 E Randolph Street Suite 3900
Chicago, IL 60601
312.985.5900 F: 312.985.5952
E-mail: mmoody@clarkhill.com
Lead Attorney Pro Hac Vice
Attorneys for Defendants: Greg Centineo, Brandon Kramer, Julie C. Natale, Marc J. Lane, Natalie J. King, Peter Velardi, Robert Laimo, Tara K. Glaser, The Velardi Group, LLC

Datev Dave Krikor Shenian
Clark Hill LLP
1065 West 7th Street 24th Floor
Los Angeles, CA 90017
213.417.5102 F: 213.488.1178
E-mail: dshenian@clarkhill.com
Lead Attorney Pro Hac Vice
Attorneys for Defendants: Greg Centineo, Brandon Kramer, Julie C. Natale, Marc J. Lane, Natalie J. King, Peter Velardi, Robert Laimo, Tara K. Glaser, The Velardi Group, LLC

Giel Stein
Clark Hill PLC
130 E Randolph Street Suite 3900
Chicago, IL 60601
312.985.5900 F: 312.985.5952
E-mail: gstein@clarkhill.com

PLEADING TITLE - 5

Pro Hac Vice
Attorneys for Defendants: Greg Centineo, Brandon Kramer, Julie C. Natale, Marc J. Lane, Natalie J. King, Peter Velardi, Robert Laimo, Tara K. Glaser, The Velardi Group, LLC

Justin M. Bongco
Winston and Strawn LLP
333 South Grand Avenue
Los Angeles, CA 90071
213.615.1700 F: 213.615.1750
E-mail: jbongco@winston.com
Attorney for Defendant Kevin Trudeau

Kimball R Anderson
Winston and Strawn LLP
35 West Wacker Drive Suite 4100
Chicago, IL 60601
312.558.5600 F: 312.558.5700
E-mail: kanderson@winston.com
Pro Hac Vice

Betty M. Shumener
Henry H. Oh
John D. Spurling
Shumener, Odson & Oh LLP
550 South Hope Street, Suite 1050
Los Angeles, CA 90071
213.344.4200 F: 213.344.4190,
E-mail: bshumener@soollp.com
Attorneys for Defendants Aviron Capital, LLC, Aviron Pictures, LLC, Clarius Capital Group, LLC, Clarius Entertainment, LLC, Clarius Releasing, LLC, Claire Heath, Judi Becker and William Sadlier

Joseph M. Wahl, Esq.
BARNES AND THORNBURG LLP
2029 Century Park East Suite 300
Los Angeles, CA 90067
310.284.3880
310.284.3894 (fax)
Joseph.wahl@btlaw.com

PLEADING TITLE - 6

```
 1  Michael G. Yoder, Esq.
    Ashton Taylor-Misha Massey, Esq.
 2  O'MELVENY AND MYERS LLP
 3  610 Newport Center Dr., 17th Floor
    Newport Beach, CA 92660
 4  949.760.9600
 5  949.823.6994 (Fax)
    Email: myoder@omm.com
 6         amassey@omm.com
 7  Attorneys for O'Melveny Law Firm

 8
    Richard Martin Foster, Esq.
 9  RIHARD M FOSTER LAW OFFICES
    5429 Cahuenga Boulevard
10  North Hollywood, CA 91601
11  818.508.1500
    818.508.1529 (Fax)
12  Attorneys for Sheldon Rabinowitz

13
    Kimberly Arouh, Esq.
14  BUCHANAN INGERSOLL AND ROONEY LLP
15  633 W. 5th Street, Suite 2600
    Los Angeles, CA 90071
16  213.223.2092
    619.702.3898
17  Email: Kimberly.arouh@bipc.com
18  Attorneys for Addison Textor, Deborah Textor and John Textor

19
    Richard G. Salazar, Esq.
20  BUCHANAN INGERSOLL AND ROONEY LLP
    401 E. Jackson Street, Suite 2400
21  Tampa, FL 33602
22  813.222.2180
    813.222.8189 (Fax)
23  Email: Richard.salazar@bipc.com
24
25
26
27
28
    PLEADING TITLE - 7
```