

Office of the Clerk
**United States Court of Appeals for the Ninth Circuit**
Post Office Box 193939
San Francisco, California 94119-3939
415-355-8000

Molly C. Dwyer
Clerk of Court

November 29, 2019

| | |
|---|---|
| No.: | 19-56402 |
| D.C. No.: | 2:19-cv-07171-PA-KS |
| Short Title: | Scott Meide, et al v. Noah Centineo, et al |

Dear Appellant/Counsel

A copy of your notice of appeal/petition has been received in the Clerk's office of the United States Court of Appeals for the Ninth Circuit. The U.S. Court of Appeals docket number shown above has been assigned to this case. You must indicate this Court of Appeals docket number whenever you communicate with this court regarding this case.

Please furnish this docket number immediately to the court reporter if you place an order, or have placed an order, for portions of the trial transcripts. The court reporter will need this docket number when communicating with this court.

**The due dates for filing the parties' briefs and otherwise perfecting the appeal have been set by the enclosed "Time Schedule Order," pursuant to applicable FRAP rules. These dates can be extended only by court order. Failure of the appellant to comply with the time schedule order will result in automatic dismissal of the appeal. 9th Cir. R. 42-1.**

**Payment of the $505 docketing and filing fees is past due.** Failure to correct this deficiency **within 14 days** will result in the dismissal of this case for failure to prosecute. See 9th Cir. R. 42-1. The fee is payable to the District Court.

**Appellants who are filing pro se should refer to the accompanying information sheet regarding the filing of informal briefs.**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

NOV 29 2019

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| SCOTT MEIDE; DAVID HEGLAND; DAWN HEGLAND; MERLYN HEGLAND; NATHAN HILL; KYLE A. JANES,<br><br>             Plaintiffs - Appellants,<br><br>  v.<br><br>NOAH CENTINEO; GREG CENTINO; ANTHONY LG, PLLC, FKA Legal and Compliance, LLC; ADDISON TEXTOR; AGNES KING; ALPINE PICTURES, INC.; AVIRON CAPITAL, LLC; AVIRON PICTURES, LLC; BONNIE RADFORD; BRAD JASHINSKY; BRANDON KRAMER; CHARLIE C. WALTERS; CHRIS MCGARAHAN; CHRISTIE HSIAO; CLAIRE HEATH; CLARIUS CAPITAL GROUP, LLC; CLARIUS ENTERTAINMENT, LLC; CLARIUS RELEASING, LLC; CW3PR, LLC; DANA TEJADA; DAVID SUGARMAN; DEBORAH TEXTOR; FRANK PATTERSON; GREG KRAMER; HYDE PARK ENTERTAINMENT, INC.; JOHN JACK HONOUR; JAMES E. ROBERTS; JEFF URDANK; JOHN A. KING; JOHN M. GATTI, Esquire; JOHN TEXTOR; JOY KRAMER; JUDI | No. 19-56402<br><br>D.C. No. 2:19-cv-07171-PA-KS<br><br>U.S. District Court for Central California, Los Angeles<br><br>**TIME SCHEDULE ORDER** |

BECKER; JULIE C. NATALE; KELLEE ANDRES CENTINEO; KEVIN TRUDEAU; LAURA ANTHONY, Esquire; LOUIS N. HAMEL, CPA; MARC J. LANE; MICHAEL E. WILFORD, CPA; MICHAEL K. DOUGLAS; NATALIE J. KING; NEIL L. KAUFMAN; NICK CENTINO; O'MELVENY LAW FIRM; PETER VELARDI; RENE A. TORRES; RICH CARROLL; ROBERT CENTINEO; ROBERT LAIMO; ROLAND CARROLL; RYAN CARROLL; SHELDON RABINOWITZ; STEREO VISION ENTERTAINMENT, INC.; STEVE TEJADA; SUMMERTIME ENTERTAINMENT; SVETLANA CARROLL; TARA K. GLASER; THE VELARDI GROUP, LLC; WAYNE KRAMER; WILLIAM SADLEIR; DOES, Others Unknown,

                Defendants - Appellees.

The parties shall meet the following time schedule.

| | |
|---|---|
| **Mon., January 27, 2020** | Appellant's opening brief and excerpts of record shall be served and filed pursuant to FRAP 31 and 9th Cir. R. 31-2.1. |
| **Wed., February 26, 2020** | Appellees' answering brief and excerpts of record shall be served and filed pursuant to FRAP 31 and 9th Cir. R. 31-2.1. |

**The optional appellant's reply brief shall be filed and served within 21 days of service of the appellees' brief, pursuant to FRAP 31 and 9th Cir. R. 31-2.1.**

**Failure of the appellant to comply with the Time Schedule Order will result in automatic dismissal of the appeal. See 9th Cir. R. 42-1.**

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

By: John Brendan Sigel
Deputy Clerk
Ninth Circuit Rule 27-7

Case 2:19-cv-07171-PA-KS   Document 132   Filed 11/29/19   Page 4 of 4   Page ID #:1228