UNITED STATES COURT OF APPEALS

**FILED**

FOR THE NINTH CIRCUIT

OCT 15 2020

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| SCOTT MEIDE; et al., | No.    19-56402 |
| Plaintiffs-Appellants, | D.C. No. |
| | 2:19-cv-07171-PA-KS |
| v. | Central District of California, |
| | Los Angeles |
| NOAH CENTINEO; et al., | |
| | ORDER |
| Defendants-Appellees. | |

Before:  W. FLETCHER, BERZON, and BYBEE, Circuit Judges.

Appellees' motion to dismiss this appeal for lack of jurisdiction (Docket

Entry Nos. 12, 17, 18, 19) is denied without prejudice to renewing the arguments

in the answering brief.  *See Nat'l Indus. v. Republic Nat'l Life Ins. Co.*, 677 F.2d

1258, 1262 (9th Cir. 1982) (merits panel may consider appellate jurisdiction

despite earlier denial of motion to dismiss).

The motion to withdraw as counsel is granted (Docket Entry No. 24).

Within 28 days after the date of this order, appellees who were formally

represented by the law firm of Shumener, Odson & Oh LLP shall retain new

counsel who shall file a notice of appearance in this court.

The opening brief is due December 30, 2020; the answering brief is due

February 1, 2021; and the optional reply brief is due within 21 days after service of

the answering brief.

MF/Pro Se

Because appellants are proceeding without counsel, the excerpts of record requirement is waived. *See* 9th Cir. R. 30-1.2. Appellees' supplemental excerpts of record are limited to the district court docket sheet, the notice of appeal, the judgment or order appealed from, and any specific portions of the record cited in appellees' brief. *See* 9th Cir. R. 30-1.7.

MF/Pro Se                                        2